UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>Not Less Than One Half Acre of Land, situate in Anne Arundel County, State of Maryland; and Unknown Descendants of Mary A. Downs; *et. al.*,<br><br>Defendants | Civil No. 1:20-cv-00296 |

**COMPLAINT IN CONDEMNATION [with Declaration of Taking]**

1. This is a civil action brought by the United States of America at the request of the Department of the Army through the Deputy Assistant of the Army for Installations, Housings, and Partnerships, for the taking of an interest in property in Anne Arundel County, Maryland, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3. This acquisition is authorized pursuant to 40 § U.S.C. 3113 and 40 U.S.C. § 3114, which authorize the condemnation of land and the filing of a Declaration of Taking and Title II of Division A of P.L. 115-245, and the Department of Defense and Labor, Health and Human Services, and Education Appropriations Act, 2019 and Continuing Appropriations Act, 2019, which appropriated funds. This authority is exercised by the Deputy Assistant Secretary of the Army (Installations, Housing, and Partnerships) pursuant to delegation by General Order 2019-

01 (May 15, 2019) and Assistant Secretary of Army (Installations and Environment) Memorandum for Deputy Assistant Secretary of the Army (Installations and Housing) dated February 14, 2003, Subject: Real Estate Actions-Delegations of Authority.

4. The public use for which said land is taken is military use and national defense by the United States as authorized by law, including, but not limited to, the construction and securing of certain national security computing facilities located at Fort George G. Meade, Maryland.

5. A legal description of the property is set forth in Schedule C, attached hereto and made a part hereof.

6. A plat showing the land in which the interest is being taken is set forth in Schedule D, attached hereto and made a part hereof.

7. A description of the estate being taken is set forth in Schedule E, attached hereto and made a part thereof.

8. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule F, attached hereto and made a part hereof.

9. The estimate of just compensation for the estates in property acquired herein consists of the sum of One Dollar ($1.00) and the United States' assumption of costs and responsibility for the disinterment, removal, transportation, and re-interment of all human remains found in, or adjacent to, the .0096 acre graveyard described in Schedule C. The United States will re-inter the remains at the Bethel Cemetery, located nearby and also situated within the grounds of the United States Army's Fort George G. Meade. Relatives of those who are re-interred at the Bethel Cemetery, and/or those whose rights of visitation were extinguished by way of this taking, will have visitation access. However, such access will be subject to Ft. Meade's rules and regulations,

just as it has been prior to the filing of this action. The United States will assume and provide for all perpetual care costs.

WHEREFORE, plaintiff requests judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted this 3rd day of February, 2020.

JEFFREY BOSSERT CLARK
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

By: s/ *R. Benjamin McMurtray*
R. Benjamin McMurtray
Trial Attorney
Mississippi Bar No. 104550
Environment & Natural Resources Division
U.S. Department of Justice
150 M St. NE, Room 5.111
Washington, D.C. 20002
Telephone: (202) 305-0358
Email: richard.mcmurtray@usdoj.gov