## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

Estimated just compensation for the estates in property acquired herein consists of the sum of One Dollar ($1.00) and the United States' assumption of costs and responsibility for the disinterment, removal, transportation, and re-interment of all human remains found in, or adjacent to, the .0096 acre graveyard described in Schedule C. The United States will re-inter the remains at the Bethel Cemetery, located nearby and also situated within the grounds of the United States Army's Fort George G. Meade. Relatives of those who are re-interred at the Bethel Cemetery, and/or those whose rights of visitation were extinguished by way of this taking, will have visitation access. However, such access will be subject to Ft. Meade's rules and regulations, just as it has been prior to the filing of this action. The United States will assume and provide for all perpetual care costs.