# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1:20-cv-00296-ELH |
| Plaintiff ) |   |
| v. ) |   |
| NOT LESS THAN ONE HALF ACRE OF ) LAND, SITUATE IN ANNE ARUNDEL ) COUNTY, STATE OF MARYLAND; ) AND UNKNOWN DESCENDANTS OF ) MARY A. DOWNS; ET. AL., ) | (PROPOSED) ORDER FOR IMMEDIATE ELH DELIVERY OF POSSESSION |
| Defendants ) |   |

Having considered Plaintiff's Ex Parte Motion for Order of Immediate Possession and good cause appearing, it is hereby ORDERED:

- This Motion is **GRANTED**.

- All Defendants to this action and all person in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extent of the estate being condemned to the Plaintiff immediately.

- Plaintiff is directed to assume all costs and responsibility as described in the Declaration of Taking, Schedule F, (Dkt. No. 2-7) relating to the disinterment, removal, transportation, and re-interment of all human remains found in, or adjacent to, the .0096 acre graveyard at issue. Additionally, Plaintiff is directed to follow the procedures outlined within Schedule F and to provide the visitation access described therein.

1

- A notice of this Order shall be served upon all persons in possession or control of said property forthwith.
- Unless an objection is lodged by 4/13/20, the Court will close the case.

Dated: March 20, 2020.

*Ellen L. Hollander*
Hon. Ellen L. Hollander
United States District Judge