# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1:20-cv-00296-ELH |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| NOT LESS THAN ONE HALF ACRE OF ) | |
| LAND, SITUATE IN ANNE ARUNDEL ) | |
| COUNTY, STATE OF MARYLAND; ) | |
| AND UNKNOWN DESCENDANTS OF ) | |
| MARY A. DOWNS; ET. AL., ) | |
| ) | |
| Defendants ) | |
| ) | |

## MOTION FOR HEARING ON JUST COMPENSATION

Plaintiff United States of America ("United States") hereby respectfully moves the Court, pursuant to Fed. R. Civ. P. 71.1, to schedule a hearing on the just compensation to be paid for the property described in the Declaration of Taking ("Subject Property") (Dkt. No. 2).

As a result of the expansion of certain facilities at the United States Army's Fort Meade installation, it became necessary for the United States to condemn a small two-person family cemetery located on the grounds of the National Security Agency's campus. After receiving permission from the Court, the United States retained an archeological team to relocate the remains of William and Mary Downs, reinterring them at a nearby historic cemetery alongside the graves of other Downs family members.

As more fully described in the accompanying Memorandum in Support of Motion for a Hearing on Just Compensation, while the just compensation for a federal condemnation is usually determined by the fair market value of the property rights condemned, here the land at

issue was limited by the terms of its originating deed to usage as a family cemetery by certain members of the Downs family. As a result, and because the United States has provided what the law terms "substitute facilities" for the remains of William and Mary Downs, the United States contends that only nominal compensation of $1 is owed as a result of this condemnation.

In support of its position, the United States attaches the following:

- Exhibit "A": Archeological Report;[1]

- Exhibit "B": Deed from Mary A. Downs and family to Summerfield and Marinda Disney, dated November 19, 1908;

- Exhibit "C": Deed from Summerfield and Marinda Disney to the United States of America, dated June 21, 1919;

- Exhibit "D": Proposed Order Setting Hearing;

- Exhibit "E": Proposed Final Judgment.

For these reasons, the United States respectfully requests that the Court set a hearing on just compensation.

Respectfully submitted this the 21st Day of April, 2021.

JEAN E. WILLIAMS
Deputy Assistant Attorney General

By:   s/ *R. Benjamin McMurtray*
R. Benjamin McMurtray
Mississippi Bar No. 104550
Environment & Natural Resources Division
U.S. Department of Justice
150 M St. NE, Room 5.105
Washington, D.C. 20002
Telephone: (202) 305-0358
Email: richard.mcmurtray@usdoj.gov

---

[1] Certain portions of the report not relevant to the issue of just compensation have been redacted in order to protect potentially sensitive information concerning operational details of the Ft. Meade installation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of April 2021, a copy of this motion which was filed via the CM/ECF system, was mailed via first class mail, postage prepaid, to the following:

1. Nancy Waters McGoury a/k/a Nancy Waters Keber
   1101 Beverley Drive
   Alexandria VA 22302;

2. Amy Lee Myers a/k/a/ Amy Lee Myers Cromwell
   225 E. Ponce de Leon Ave. Apt 311
   Decatur, GA 30030

3. John Michael Myers
   606 Dreams Landing Way
   Annapolis, Maryland 21401;

4. Mary Myers a/k/a/ Mary Myers Dunn
   12349 Lima Lane,
   Reston, Virginia 20191;

5. Richard Raymond Alexander, Jr.
   211 St. James Drive
   Glen Burnie, Maryland 21061;

6. Courtney Rochelle Alexander
   211 St. James Drive
   Glen Burnie, Maryland 21061;

7. Jay Cromwell
   1974 Lilac Ln.
   Decatur, GA 30032-5235;

8. Joseph Cromwell
   1320 North Ave. NE
   Atlanta, GA 30307; and

9. Lee Cromwell
   167 Martha Ave. NE
   Atlanta, GA 30317-1412

10. Mary Martha Alexander Carlton
    42 Webb Road
    Edgecomb ME 04456

11. Eric Andrew Alexander
    1312 Kinlock Circle
    Arnold, MD 21012

12. Megan Alexander Waltinger
    548 W Side Rd.
    Trevett, ME 04537 Boothbay, ME 04537

13. Justin Alexander
    124 Charles Avenue
    Stewartstown, PA 17363

                                              */s/ R. Benjamin McMurtray*
                                              R. Benjamin McMurtray
                                              *Attorney for Plaintiff United States of America*