# FIELD COMPLETION REPORT:
## EAST CAMPUS GRAVE RELOCATION
## FORT GEORGE G. MEADE, ANNE ARUNDEL COUNTY, MARYLAND



Prepared For

USACE BALTIMORE



Prepared By

Environmental Research Group, LLC



JULY 2020



**THIS PAGE LEFT BLANK INTENTIONALLY.**

FIELD COMPLETION REPORT:
EAST CAMPUS GRAVE RELOCATION
FORT GEORGE G. MEADE, ANNE ARUNDEL COUNTY, MARYLAND

Prepared For

USACE BALTIMORE

Prepared By

Rosie Tullos, PhD, RPA

Principal Investigator

with contributions from:

Jessica Spencer, MA
Kaleigh Best, MA
Niki Mills, MA, RPA

Environmental Research Group, LLC
6049 Falls Road
Baltimore, Maryland 21209

July 2020

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# ABSTRACT

From 1 June through 3 June 2020, Environmental Research Group, LLC (ERG) conducted a grave relocation project at the Downs Family Cemetery (Downs Cemetery, archaeological site 18AN0973, Maryland Historic Trust) on Fort George G. Meade's (FGGM) East Campus, Maryland. More specifically, Downs Cemetery is on the East Campus. The Downs Cemetery dates to the fourth quarter of the nineteenth century and was the final resting place of William Downs and Mary A. Downs, the first members of the family to own the land. This project was initiated by the Baltimore District, U.S. Army Corps of Engineers (USACE) to facilitate the disinterment, transportation, and reinterment of the remains in the Downs Cemetery to the Bethel Cemetery on FGGM. The purpose of this project was to ensure all human remains and cultural material were removed for future land development and to ensure continued access to the graves by descendant kin. The project area is manicured lawn with the landform sloping down from west to east. Upon visual inspection in the field, ERG decided to investigate the two known individuals first, followed by the investigation of the surrounding 1,700 square feet (sq ft) for unmarked burials. The subsequent excavations identified only the two (2) known burials of Mary A. Downs and William Downs. The features, artifacts, and human remains were recorded and summarized in this report. All mortuary related materials and human remains recovered from this project were transported to Bethel Cemetery on FGGM and reinterred 3 June 2020.

i

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# TABLE OF CONTENTS

ABSTRACT ................................................................................................................... i

TABLE OF CONTENTS ............................................................................................. iii

LIST OF FIGURES ..................................................................................................... iv

LIST OF TABLES ........................................................................................................ v

1.0    INTRODUCTION ............................................................................................. 1

2.0    BACKGROUND AND ARCHIVAL RESEARCH ......................................... 9

    2.1    Physiography ............................................................................................. 9

    2.2    Soils ........................................................................................................... 9

    2.3    Historic Context ........................................................................................ 9

        2.3.1    Anne Arundel County ................................................................. 11

        2.3.2    Tobacco Culture and Agriculture in Anne Arundel County ....... 16

        2.3.3    Camp Meade/Fort George G. Meade ......................................... 18

        2.3.4    The Ridgely Family Ownership: 1694-1832 ............................. 25

        2.3.5    The Downs Family Ownership: 1842-1919 ................................ 27

        2.3.6    Downs Cemetery ........................................................................ 30

3.0    RESEARCH DESIGN AND PROJECT METHODS ..................................... 39

4.0    RESULTS ........................................................................................................ 45

    4.1    Staging for Project .................................................................................. 45

    4.2    Mary A. Downs (Burial 1) ...................................................................... 46

    4.3    William Downs (Burial 2) ....................................................................... 50

    4.4    Additional Investigation of Project Area ................................................ 58

    4.5    Reinterment at Bethel Cemetery, FGGM ................................................ 58

5.0    CONCLUSIONS .............................................................................................. 65

REFERENCES CITED ............................................................................................... 67

APPENDIX A: ........................................................................................................... 71

    ERG Bioarchaeologists *Curriculum Vitae* ................................................... 71

APPENDIX B: ............................................................................................................ 87

    Burial Data Forms ........................................................................................... 87

APPENDIX C: ............................................................................................................ 95

    Artifact Catalog ............................................................................................... 95

# LIST OF FIGURES

Figure 1. 1. Location of Fort George G. Meade, Maryland. .......................................................... 3
Figure 1. 2. Aerial photograph of East Campus Grave Relocation project area. ............................ 4
Figure 1. 3. Location of Downs Cemetery on the East Campus Composite Plan Map. ................. 5
Figure 1. 4. Photograph of Downs Cemetery facing southwest. .................................................... 6
Figure 1. 5. Photograph of monument within Downs Cemetery. .................................................... 6
Figure 1. 6. Photograph of footstones within Downs Cemetery. .................................................... 7
Figure 2. 1. Topographic map of East Campus Grave Relocation project area. ........................... 10
Figure 2. 2. Soils at East Campus Grave Relocation project area (NRCS 2020). ....................... 11
Figure 2. 3. 1795 Dennis Griffith Map Showing Approximate Location of Ridgley's Chance
(Griffith 1795). ............................................................................................................................. 13
Figure 2. 4. 1918 Photo of Camp Meade Parade Ground, Looking North toward Downs
Farmstead (Gray & Pape 2012). .................................................................................................. 19
Figure 2. 5. 1918 Maryland Geographic Survey Map Showing Location of Project Area (Gray &
Pape 2012). ................................................................................................................................... 20
Figure 2. 6. 1918 Photo of Camp Meade, Looking South from 79th Division Headquarters (Gray
& Pape 2012). ............................................................................................................................... 21
Figure 2. 7. 1925 U.S. Forest Service Map Showing Location of Project Area (Gray & Pape
2012). ............................................................................................................................................ 24
Figure 2. 8. 1860 Martenet Map showing location of project area (Martenet 1866). .................. 31
Figure 2. 9. 1878 Hopkins Map showing location of project area (Hopkins 1878). .................... 32
Figure 2. 10. 1904 Baist Map showing location of project area (Baist 1904). ............................ 33
Figure 2. 11. 1919 Plat Map showing boundaries of Downs Estate/Ridgley's Chance (Gray &
Pape 2012). ................................................................................................................................... 34
Figure 2. 12. 1918 Photograph of Camp Meade, 79th Division Headquarters (Gray & Pape
2012). ............................................................................................................................................ 37
Figure 3. 1. Map of the Downs Cemetery project area and associated features. .......................... 42
Figure 3. 2. Illustration of the Downs Cemetery, burials, and associated features. ..................... 43
Figure 4. 1. Overview photograph of Downs Cemetery after staging facing southeast. Note silt
fencing, yellow pin flags (location of chain link fence), and white pin flags (location of
monument, footstones, and unworked sandstone rocks). .............................................................. 46
Figure 4. 2. Photograph of name plate located in Burial 1. Inscribed: Mary A. Downs, Died 21
Dec 1875. ...................................................................................................................................... 48
Figure 4. 3. Photograph of casket outline in Burial 1, Mary A. Downs, facing west. ................. 48
Figure 4. 4. Photograph of Burial 1, Mary A. Downs, glass viewing plate, and name plate in situ,
facing north. .................................................................................................................................. 49
Figure 4. 5. Overview photograph of artifacts and human remains from Burial 1, Mary A.
Downs. ........................................................................................................................................... 49
Figure 4. 6. Photograph of buttons recovered from Burial 1, Mary A. Downs. ........................... 50
Figure 4. 7. Overview photograph of human remains recovered from Burial 1, Mary A. Downs.
....................................................................................................................................................... 50
Figure 4. 8. Photograph of pedestaled coffin in Burial 2, William Downs, facing west. ............ 52
Figure 4. 9.Photograph of Burial 2, William Downs, glass viewing plate in situ, facing west. ... 53
Figure 4. 10. Coffin screw from Burial 2, William Downs. ......................................................... 53
Figure 4. 11. Handle from Burial 2, William Downs. .................................................................. 54

iv

Figure 4. 12. Overview photograph of artifacts from Burial 2, William Downs, including various handles, nails, buttons, and caplifters. ........................................................................................ 54
Figure 4. 13. Photograph of left humerus. Note callus on proximal third of the shaft. ............... 54
Figure 4. 14. Closeup photograph of callus on proximal third of shaft of left humerus.............. 55
Figure 4. 15. Photograph of proximal end of left humerus displaying flattening of the humoral head and active infection. ........................................................................................................ 55
Figure 4. 16. Photograph of left scapula displaying arthritic changes of the glenoid fossa. ........ 56
Figure 4. 17. Photograph of fused cervical vertebrae 6 and 7. ................................................... 56
Figure 4. 18. Photograph of Burial 2, William Downs, mandible. Note the antemortem tooth loss of all dentition except the two canines (circled in red). Carious lesions illustrated with blue arrows. *The left canine came loose after disinterment. ........................................................... 57
Figure 4. 19. Photograph of the skeletal remains within Burial 2, William Downs, in situ. ........ 58
Figure 4. 20. Contents of vault for Burial 2, William Downs. .................................................... 59
Figure 4. 21. Sealed vaults prepared for reinterment.................................................................. 60
Figure 4. 22. Final resting place of William Downs and Mary A. Downs in Bethel Cemetery, FGGM. .................................................................................................................................... 60
Figure 4. 23. Silver-plated coffin screws and tacks in the Stolts, Russell & Co. special coffin hardware catalog c.1880. William Downs' coffin included screw number 14........................... 63
Figure 4. 24. Examples of coffins depicting location of thumbscrews (yellow circle), handles (red circle), and viewing plate (blue circle). ..................................................................................... 64

# LIST OF TABLES

Table 2. 1. Chain of Title for Ridgely's Chance......................................................................... 28
Table 2. 2. William T. Downs Family Tree................................................................................. 29

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# 1.0   INTRODUCTION

From 1 June through 3 June 2020, Environmental Research Group, LLC (ERG) conducted a grave relocation project at the Downs Family Cemetery (Downs Cemetery) on Fort George G. Meade (FGGM), Maryland (**Figures 1.1** and **1.2**). More specifically, **Figure 1.3** provides the location of the Downs Cemetery on the National Security Agency's (NSA) East Campus at FGGM. This project was initiated by the Baltimore District, U.S. Army Corps of Engineers (USACE) to facilitate the disinterment, transportation, and reinterment of the remains within the Downs Cemetery to the Bethel Cemetery on FGGM. The project area is manicured lawn with the landform sloping down from west to east. Upon visual inspection in the field, ERG proceeded to investigate the two known individuals first, followed by the investigation of the surrounding 1,700 square feet (sq ft) for unmarked burials. Ultimately, the excavations identified only the two (2) known burials of Mary A. Downs and William Downs.

Historically, the project area was part of the Downs family farmstead, which was assigned archaeological site 18AN0973 by the Maryland Historic Trust (MHT). The Downs Cemetery dates to the fourth quarter of the nineteenth century and was the final resting place of William Downs and Mary A. Downs, the first members of the family to own the land. The Downs Cemetery was previously evaluated against eligibility criteria A-D and determined not eligible for inclusion in the National Register of Historic Places (NRHP) (Gray & Pape 2012). From the middle of the nineteenth century through the formation of Camp Meade (1917), activities on this parcel were related to the Downs Farmstead. The disinterment of these individuals was necessary for future land development and to ensure continued access to the graves by descendant kin. The Downs Cemetery was enclosed within a chain link fence measuring approximately 625 sq ft (**Figure 1.4**). There are two known burials (William and Mary A. Downs) within the chain linked fence marked by a monument and footstones (**Figures 1.5** and **1.6**). Due to the chain link fence being placed arbitrarily around the monument, the Area of Interest (AOI) was extended out from each of the four corner fence posts to encompass an area of approximately 1,700 sq ft in order to ensure the complete recovery of any unmarked burials.

This investigation resulted in the successful recovery of William and Mary A. Downs. No unmarked burials were located. Preservation of the burial container, human remains, and any personal effects was poor. The name plate for Mary A. Downs was well preserved and legible, therefore her casket was able to be identified. A name plate was recovered in Burial 2, or the burial of William Downs, but the condition was too poor and fragmented to read. Of note, after support for identification of burials was made by coffin/funerary artifacts and osteological analysis, it was determined the original footstones were switched, thus marking the incorrect grave. Ultimately, all biological material, coffin/funerary material (wood, hardware), and personal items were collected and placed into a rough box and/or cardboard boxes for reinterment in vaults at Bethel Cemetery FGGM.

This project complies with Federal and State regulations regarding the disinterment and reinterment of Non-Native American human remains. The Principal Investigator for the Downs Cemetery Relocation Project was Dr. Rosie Tullos, RPA. ERG field crew consisted of Jessi Spencer, MA (Field Director, bioarchaeologist), and Kaleigh Best, MA (GIS Specialist, bioarchaeologist). Mechanical excavation services were provided by R&P Backhoe of Baltimore, Maryland. Funeral Director services were provided by Woody Hilton of the Hilton Funeral Home.

This report is divided into five chapters. Chapter I introduces the project. Chapter II presents the results of historical research on the cemetery. Chapter III outlines how the investigations were carried out. Chapter IV describes the results and a discussion of the excavation and reinterment. Chapter V provides the conclusions. Appendix A includes the *curriculum vitae* of the ERG bioarchaeologists, Appendix B includes the Burial Data Forms, and Appendix C includes the artifact catalog.

*ERG, LLC*                                                                                                              *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                                    *Field Completion Report*



Figure 1. 1. Location of Fort George G. Meade, Maryland.

*ERG, LLC*                                                                                          *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                      *Field Completion Report*



Figure 1. 2. Aerial photograph of East Campus Grave Relocation project area.



Figure 1. 3. Location of Downs Cemetery on the East Campus Composite Plan Map.

*ERG, LLC*                                                                                               *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                    *Field Completion Report*



Figure 1. 4. Photograph of Downs Cemetery facing southwest.



Figure 1. 5. Photograph of monument within Downs Cemetery.



Figure 1. 6. Photograph of footstones within Downs Cemetery.

**THIS PAGE LEFT BLANK INTENTIONALLY**.

# 2.0   BACKGROUND AND ARCHIVAL RESEARCH

Environmental and cultural contexts provide a basis for interpreting and evaluating the cultural resources examined during the present investigations. The environmental context section describes variables that influenced past human settlement and land use in the project region. This data is important for understanding what locations were occupied by historic populations in this area and why they were selected.

## 2.1   Physiography

What follows is a brief discussion of the physical context of the project area. FGGM is in the Atlantic Coastal Plain physiographic province. The province is characterized by relatively level topography that gently slopes east to the Atlantic Ocean. A topographic map of FGGM is presented in **Figure 2.1**. The post lies approximately 4 miles (mi.) (6.4 kilometers [km]) east-southeast of the fall line and is dominated by two ridge systems overlooking the forks of the Patuxent and Little Patuxent Rivers. The two rivers are the major drainages in the area. Franklin and Midway Branches are second order streams that drain the uplands. Over the past 300 years the Patuxent River has experienced extensive siltation due to deforestation associated with agriculture. The first and second order streams within the post have experienced erosion. A significant portion of the post has been disturbed by military construction, track vehicle operation, and small arms and artillery exercise. In particular, the construction, redesign, and removal of the post golf course has greatly altered the landscape (Joseph 1991).

## 2.2   Soils

According to the Natural Resources Conservation Service (NRCS) on the Web Soil Survey web site (NRCS 2020) there is one mapped soil unit within the project area: Evesboro and Galestown soils, 5 to 10 percent slopes (**Figure 2.2**). These soils are dominated by well to excessively well drained sandy loams. The soils are suitable for farming, which was the dominant historic economic pursuit prior to the formation of FGGM. The soils also are suitable for building. Archaeological resources can be expected to occur within these soil types.

## 2.3   Historic Context

To understand the cemetery's cultural, historical, and archaeological contexts, a background examination of available records was undertaken and presented in this chapter. Currently, there is one archaeological report that addresses the history of the Downs Cemetery (Gray & Pape 2012). This document covers the archival and background research of the existing information available for archaeological site 18AN0973. The following information was gathered from this resource.



Figure 2. 1. Topographic map of East Campus Grave Relocation project area.



Figure 2. 2. Soils at East Campus Grave Relocation project area (NRCS 2020).

### 2.3.1   Anne Arundel County

The year 1649 marked the beginning of settlement in what would soon become Anne Arundel County. At the behest of Maryland Governor William Stone, a group of about 50 Puritan families relocated from Virginia to the north side of the Severn River, opposite present-day Annapolis.

Named Providence, the Puritans' settlement helped fulfill Governor Stone's mission to populate the colony of Maryland. As in Virginia, Maryland colonists invested heavily in tobacco production. The Maryland General Assembly delineated boundaries for the county in 1650, and lent it the name Anne Arundel, in honor of Maryland founder, Cecil Calvert's late wife.

Additional settlers from Virginia followed on the heels of the Puritans, including several Quakers. These families were supplemented by immigrants from Britain. Settlement patterns reflected the nature of tobacco culture, with families establishing plantations along navigable waterways, particularly along the South, West, and Magothy rivers, and Herring Bay. This arrangement enabled plantation owners to ship heavy hogsheads of tobacco directly from their own private wharves. As such choice sites became scarce, later settlers patented tracts of land further west. By 1660, colonial famers were working land on the upper reaches of the Patuxent River near present-day FGGM. The Snowden and Ridgely families were among those who patented several large tracts in this area during the mid-to-late seventeenth century (R. Christopher Goodwin and Associates 1994:39).

The colonists' heavy reliance on tobacco production had a profound impact on regional development. Indeed, the Chesapeake remained predominantly rural; a vast patchwork of plantations interspersed with smaller farms. Relying largely on waterways to transport their crops, road development lagged. Unlike their New England counterparts, planters in the Chesapeake remained relatively removed from one another, with traditional trade centers markedly absent from the landscape (Carr, Morgan, and Russo 1988:200–201). A review of Dennis Griffith's 1795 Map of Maryland shows few major settlements within the state (**Figure 2.3**). In Anne Arundel County, only Annapolis resembled an urban center, with a few lesser settlements comprising the remainder of the concentrated locations of population in the area. The names of prominent plantation owners stand in for what might have been the names of rural villages in the northeast part of the country.

Settlement in Anne Arundel County increased steadily through the end of the seventeenth century, making it the most populated county in the colony. Quakers contributed significantly to the growth, with a great many families settling near the forks of the Patuxent River in what is now FGGM. Along with growth and prosperity came a shift of the colony's center of government. In 1694, the General Assembly relocated the colony capital from St. Mary's City to Anne Arundell Towne. The following year the General Assembly renamed the town Annapolis in honor of Princess Anne. The capital functioned as the center of economic, social, and political activity for the colony and Anne Arundel County. Annapolis retains this position to the present day (R. Christopher Goodwin and Associates 1994:40).

During the early-to-mid eighteenth century, small industries began to contribute to the local economy. Waterpower supplied by the numerous rivers in Anne Arundel County facilitated the development of mills. Most significant among the industries that arose at this time was that of iron ore mining and smelting. Numerous industrialists opened mines and erected smelters during this period, with the Snowden family playing a significant role in the field. Their Patuxent Iron Works Company, a furnace and forge on the Patuxent River, was located within the present boundaries of FGGM. The Snowdens' iron works opened in 1736, and by 1768, the facility employed 74 workers. Additional iron smelters, owned by the Curtis Creek Mining, Furnace and Manufacturing



Figure 2. 3. 1795 Dennis Griffith Map Showing Approximate Location of Ridgley's Chance (Griffith 1795).

**THIS PAGE LEFT BLANK INTENTIONALLY.**

Company, operated at Glen Burnie and Elkridge Landing (R. Christopher Goodwin and Associates 1994:43–44; Warfield 1905:338–339, 361).

By the late eighteenth century, fluctuations in the tobacco market, as well as the general depletion of soil nutrients resulting from dependence on a tobacco monoculture, led to a decline in the rural population of the county. Many farmers moved west to locate new and fertile soil (R. Christopher Goodwin and Associates 1994:44). Those that stayed diversified their crops.

At this time, grains became an increasingly important component in the local economy, with wheat comprising a large portion of the new crops. Diversification of crops continued through the first half of the nineteenth century, with farmers, particularly in the northern part of the county, increasingly looking to truck crops to compensate for the decline of tobacco. Emancipation of the state's remaining slaves in 1864 accelerated this transition, as plantation owners lost their principal source of labor. In the southern part of the county, corn, wheat, hay, and fruit became the primary crops, with tobacco playing a minor role in local agriculture. Further north toward Baltimore, the focus shifted largely to truck farming. Not only did the sandy soil of the area lend itself well to this type of agriculture, the nearby City of Baltimore offered a ready market for fruits and vegetables (Martenet 1866).

By the mid-nineteenth century, much of this produce made its way to market by way of the regional railroad network. Rail service in the Fort Meade area became available as early as 1835, when the Baltimore & Ohio Railroad completed its Washington Branch. By 1840, the Annapolis & Elkridge Railroad linked the northern part of the county with the Baltimore & Ohio Railroad at Annapolis Junction. By the early 1870s, the Baltimore & Potomac Railroad, a Pennsylvania Railroad subsidiary, offered Anne Arundel County a competing route between Baltimore and Washington, D.C. These lines facilitated the movement of produce from local farms to markets in Baltimore, Washington, D.C., and beyond. In addition, station stops and junctions created by the various crossings of these lines fostered small developments, such as Patuxent Switch, Odenton, and Annapolis Junction. The rail network radiating from Baltimore and Washington, D.C., would play a major role in suburban development during the late nineteenth and early twentieth century.

With ready access to commuter lines, Eastern European families living in Baltimore routinely descended on the farms of northern Anne Arundel County, providing much-needed labor during harvests. Indeed, berry picking season proved a significant annual event in northern Anne Arundel County. To accommodate seasonal labor, farmers erected pickers' shanties on their properties, wherein workers bunked for the duration of the harvest. The truck farming culture of northern Anne Arundel County fostered numerous ancillary industries, including canning facilities and fertilizer plants. Truck farming and processing plants came to distinguish northern Anne Arundel County by the late nineteenth century; a scene that continued through the 1920s.

During World War I, the United States Army established a training cantonment in northern Anne Arundel County. Named Camp Meade, the facility required the acquisition of nearly 30 square miles of land. The camp sprawled across former truck farms; whose owners vacated their properties in 1917. Although intended as a temporary training facility, Camp Meade became a permanent installation following the outright acquisition of the leased farms in 1919. During the interwar years, the facility served as a summer training camp for reserve officers, ROTC cadets, and the Citizens Military Training Camp. In 1928, the War Department re-designated the camp,

Fort George G. Meade (FGGM), Maryland. The Army expanded the facility during World War II; an event that triggered a population boom in the area surrounding the installation. One of the largest employers in the county, FGGM attracted a great many businesses to the area, which in turn spurred numerous housing developments (R. Christopher Goodwin and Associates 1994:54).

The postwar years were marked by industrial expansion, particularly in the northern part of the county. Concurrently, suburban sprawl altered the once rural landscape, as former city residents relocated to the outskirts of Baltimore and Washington, D.C. New high-speed thoroughfares, such as the Baltimore-Washington Parkway, enabled workers to commute between the city center and the suburbs in record time. Adding to the county's transportation infrastructure, the City of Baltimore financed construction of Friendship International Airport (Baltimore- Washington International Airport), which opened in 1950 (R. Christopher Goodwin and Associates 1994:54). With an abundance of industries and major transportation arteries, the population of Anne Arundel County more than tripled from 68,375 in 1940 to 206,634 by 1960. Much of this growth occurred in the northern part of the county near Baltimore. Not surprisingly, the once rural, agricultural character of the area has largely given way to industrial, commercial, and residential development (Ware, Luckenbach, and Speer 2008).

## 2.3.2   Tobacco Culture and Agriculture in Anne Arundel County

As elsewhere in the Chesapeake, tobacco remained the primary crop in Anne Arundel County through the mid-nineteenth century (Martenet 1866). Tobacco was in fact the staple crop of Virginia and Maryland from the inception of the colonies. Not only did tobacco serve as the primary source of income for colonists, it also served as a form of legal currency. So prolific was the crop that production figures for the Chesapeake hovered around 1,500,000 pounds per year at mid-seventeenth century, and around 20 million pounds by 1700. By the time of the Revolutionary War, tobacco production had reached to about 80 million pounds per year (Kumpa 1985).

Because land in the colonies was cheap, and the necessary tools were minimal, tobacco farming required little investment capital. Consequently, during the tobacco boom of the mid-to-late seventeenth century, many immigrants left England to establish tobacco plantations in Virginia and Maryland. The resulting massive influx of tobacco soon glutted the market, causing prices to fluctuate and fall. Over time, only the largest plantations proved profitable (DeFord 1997:H6).

Whether operating a small farm or a large plantation, tobacco farming required considerable labor. Unlike grain and vegetable crops, tobacco must receive proper care at every stage of its development. Knowing precisely when to plant seeds, transplant suckers, and harvest the ripe leaves is more art than a science. Indeed, few growers ever mastered the skill, as the ability to consistently produce fine tobacco required considerable talent, experience, intuition, and a certain amount of luck. Due to its demanding and temperamental nature, tobacco required planters to maintain a vigilant watch over the crop. All the while, field hands kept the tobacco free of weeds, continually topped plants to prevent them from flowering, and removed destructive pests from each leaf and stalk by hand. Requiring roughly 15 months to complete a full cycle of growth, harvesting, curing, and transportation to market, tobacco farming was a perpetual process, offering few opportunities for rest (Breen 1985:45–50; Kulikoff 1986:45–48).

Not surprisingly, this labor-intensive process necessitated a ready supply of able-bodied workers. Although slave labor had been legal in the colony of Maryland since 1664, planters initially relied largely on white, indentured servants to grow tobacco. Over time, however, indentured servants became scarce as they earned their freedom and set out to establish their own farms. By the early 1700s, few immigrants arrived in the colonies as indentured servants, leaving tobacco planters to look elsewhere for labor. Although reluctant at first, they gradually turned to slaves to meet their needs. Either imported from the West Indies or Africa, slave labor consisted entirely of Negroes who had originated from the African continent. Unlike their white, indentured predecessors, African slaves had few opportunities to earn their freedom (Kulikoff 1986:64–67).

To remain in business, tobacco planters became increasingly reliant upon slave labor. During the early eighteenth century, the number of African American slaves grew steadily, reaching 8,000 in 1719 and 25,000 by 1720. By 1800, the number of African American slaves in Maryland and Virginia totaled more than 395,000 or about 57 percent of the slave population in the United States. Without African American slave labor, the tobacco industry of Maryland and Virginia could not have existed (DeFord 1997:H6).

Much as the plant required a heavy toll in terms manpower, it also demanded a steady supply of nutrients from the soil. So nutrient-hungry is tobacco that it will transform rich, fertile soil into barren dirt within three to four years of successive production. Although crop rotation and heavy doses of fertilizer might keep a plot of land productive, tobacco planters found it cheaper to simply relocate their operations. Consequently, early tobacco farmers found themselves always on the lookout for new and fertile soil (Kulikoff 1986:47).

Planters looked for fertile, well-drained soil to grow their tobacco plants. Preparing a new tract of land for cultivation required considerable labor, as the planter had to first girdle all of the trees within the anticipated crop site. Upon removal of stumps, workers then tilled the soil to accommodate seedlings and young plants. As virgin land became scarce, planters found themselves revisiting previously used farmland. It could take up to 20 years before a former tobacco field could sustain another series of crops. Plants grown on these sites, however, failed to flourish as their predecessors had, as the soil never regained its original level of fecundity. As a result, the quality of tobacco gradually diminished over the years.

Also important when looking for new soil was the availability of transportation. Lacking good roads, early settlers in the Chesapeake relied heavily upon natural waterways to move goods to and from market. As one might expect, the earliest settlers located their plantations along navigable waterways, where they established private wharves for shipping their hogsheads of tobacco to market. As such choice sites became scarce, aspiring planters located tracts of land farther inland. Planters then had to roll their hogsheads from the farmstead to the nearest warehouse or shipping point via unimproved roads.

While tobacco farming dominated Anne Arundel County's economy for much of its history, truck farming played an increasingly important role during the nineteenth century. By virtue of its proximity to Baltimore, northern Anne Arundel County was well situated to serve the markets of a major city. Farmers in this area grew large quantities of strawberries, peas, cucumbers, tomatoes, cantaloupes, watermelons, cabbage, and other fruits and vegetables for sale at Baltimore markets

(Martenet 1866). Agricultural census records for Anne Arundel County show that local farmers devoted considerable attention to fruits and vegetables, which accounted for a significant portion of their incomes.

As in many locations throughout the country, agriculture in Anne Arundel County declined during the Great Depression of the 1930s. Many farmers went out of business, which in turn forced them to sell their land. Developers acquired vast tracts of farmland at this time, and much of the truck farming that had come to distinguish northern Anne Arundel County shifted to the Eastern Shore (*The Capital* 1999). The decline of agriculture in the county continued through World War II, as industries vital to the war effort came to occupy former farmland. The trend continued into the postwar years, with industry replacing agriculture as the most important sector of the local economy. Concurrently, suburban sprawl, facilitated by automobiles and expressways, came to occupy former farmland.

### 2.3.3   Camp Meade/Fort George G. Meade

Established on leased farmland in 1917, Camp Meade served as a training facility for soldiers bound for Europe. One of 32 cantonments established across the Unites States during World War I, Camp Meade began as a temporary war measure, intended for decommissioning upon cessation of the fighting. In 1919, however, the Army purchased the leased farmland (including the Downs Family Farmstead), effectively forestalling the closure of the camp until a permanent use for the property presented itself. In 1928, the War Department made the camp an official post. The following year, they renamed the camp, Fort George G. Meade, Maryland (United States Army 2011).

For the sake of logistics, the Army located Camp Meade between the port of Baltimore and Washington, D.C. To ensure access to reliable transportation, the Army chose a site on the Annapolis, Washington & Baltimore Electric Railway, an interurban line that extended from Annapolis Junction on the Baltimore & Ohio Railroad to Annapolis (United States Army 2011). One of the larger cantonments established during World War I, Camp Meade reached a peak capacity of 52,575 soldiers, with more than 100,000 troops moving through the installation by war's end. To house and train these soldiers, the Army erected some 1,460 temporary wooden barracks, commissaries, and other support facilities along either side of a wide parade ground. The parade ground itself extended from north to south along Rogue Harbor Run (renamed Midway Branch), a creek that extended through the middle of the former Downs family farm (**Figure 2.4**). Construction of the camp began about July 1917, and by mid-September of the same year, troops began arriving at the cantonment (R. Christopher Goodwin and Associates 1994:53). A camp map from 1918, and a panorama of the facility from about the same time, shows the extent of construction at Camp Meade (**Figures 2.5** and **2.6**).

At war's end, the War Department attempted to return the leased land to its owners. This plan, however, caused considerable anxiety among residents. The War Department found that it had three options about the land. It could continue leasing the land at a cost of $73,000 per year; return the land to its owners and compensate them for damages; or simply purchase the property outright. Given the expense of leasing, and the extent of the damage caused by construction of the camp, the third option proved most practical. In June 1919, the War Department purchased the land that comprised Camp Meade (R. Christopher Goodwin and Associates 1994:56).



Figure 2. 4. 1918 Photo of Camp Meade Parade Ground, Looking North toward Downs Farmstead (Gray & Pape 2012).

ERG, LLC                                                                                   *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*



Figure 2. 5. 1918 Maryland Geographic Survey Map Showing Location of Project Area (Gray & Pape 2012).



Possible Location of John Downs House

Figure 2. 6. 1918 Photo of Camp Meade, Looking South from 79th Division Headquarters (Gray & Pape 2012).

*ERG, LLC*                                                                                            *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*

**THIS PAGE LEFT BLANK INTENTIONALLY.**

During the 1920s and 1930s, Camp Meade (renamed FGGM in 1929) served as a training facility for members of the Officers Reserve Corps, the Reserve Officers' Training Corps, and the Citizens Military Training Camp (**Figure 2.7**). Throughout the 1920s, the Army replaced the dilapidated wooden buildings built during World War I with tents erected on wooden platforms, built with materials salvaged from the older buildings. In 1930, the wooden platforms gave way to concrete tent pads. The remaining World War I era buildings gradually disappeared during the 1930s, with the last demolished at the outset of World War II (R. Christopher Goodwin and Associates 1994:63).

During World War II, approximately 3,500,000 men and women passed through FGGM. A wartime peak in March 1945 saw some 70,000 troops occupying FGGM. The facility expanded considerably during this time. Following the war, the fort returned to peacetime activities. However, FGGM remained active, especially with the relocation of the Second U.S. Army Headquarters from Baltimore to FGGM in 1947. This move made FGGM the command center for Army units throughout a seven-state area. FGGM's role expanded again in 1966, when the First U.S. Army relocated from Fort Jay, New York, to FGGM. Army installations within a 15-state area now received their orders from FGGM (United States Army 2011).

As the Cold War intensified in the late 1940's, security of the nation's Capital became a major concern of Defense Department planners. To protect the Capital, a ring of conventional and nuclear weapons was established around Washington, D.C. As a part of this defensive perimeter, the 3rd Armored Cavalry Regiment was organized on Ft. Meade on November 5, 1948. Beginning in 1957 the first Missile Master System, an electronic network designed to control the use of Nike antiaircraft batteries, was established on Ft. Meade. These Nike Hercules Missiles were a part of the 35th Antiaircraft Artillery Brigade which provided as many as sixteen Nike batteries as an essential line of defense to the Nation's Capital during the Cold War.

To house the newly assigned troops, construction of the permanent cinder block buildings just south of the Ft. Meade golf course commenced. From there, heading south down 6th Armored Cavalry Road, are the barracks erected as part of this effort. Mapes, Dutton, O'Brien and York roads form the borders of this section of the post. Cavalry units remained until 1974, when the 6th Armored Cavalry Regiment transferred to Texas. Since then, the area has housed a variety of units.

Throughout the rest of the 1970's and 1980's, construction engineers and military police were billeted, trained, and provided power projection capabilities from Ft. Meade. The 16th Military Police Brigade dates to the Vietnam War when it was constituted on 23 March 1966 as the 16th Military Police Group and activated on 20 May 1966 at Fort George G. Meade, Maryland.

Shortly thereafter, the brigade deployed to Vietnam to help fight the Vietnam War. The 73rd Engineer Battalion (Construction), and later re-organized as 'Combat Heavy', trained to build roads and airfields in the Ft. Meade training areas, as a combat multiplier to the United States Army Forces Command. In the late 70's and early 80's the 73rd Engineer Battalion (Combat) (Heavy) was re-stationed to Camp Drum, in Watertown, New York, paving the way for the 10th Mountain Division's arrival.

*ERG, LLC*                                                                                                    *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                      *Field Completion Report*



Figure 2. 7. 1925 U.S. Forest Service Map Showing Location of Project Area (Gray & Pape 2012).

*ERG, LLC*                                                                                                 *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                    *Field Completion Report*

During Operation Desert Shield, 2,700 troops from 42 units deployed from FGGM. Two active units from FGGM, including the 85th Medical Battalion and the 519th Military Police Battalion, shipped to Saudi Arabia during the conflict. In addition, the facility processed National Reserve and National Guard units from several states. FGGM remains an integral component to the United States Army, supporting facilities for the Defense Information School, the United States Army Field Band, the United States Cyber Command, the National Security Agency, and the Defense Courier Service (United States Army 2011).

### 2.3.4   The Ridgely Family Ownership: 1694-1832

The project area was located near the geographic center of a 305+-ac. (123-ha) tract patented by William Ridgely in 1694. Originally known as "Ridgely's Chance," the plantation produced tobacco, grains, and a variety of truck crops that were sold at markets in Baltimore. William Ridgely and his brother Henry immigrated to the Province of Maryland from Devon, England in 1672. Although Henry rose to considerable prominence in the provincial military and government, William appears to have led a relatively quiet life as a tobacco farmer (Anonymous 1994:1; Nelker N.D.).

William Ridgely's land acquisitions were consistent with tobacco farming practices of the late seventeenth and early eighteenth century, wherein farmers required vast tracts of land to sustain healthy crops. An exceptionally nutrient-hungry plant, tobacco quickly leaches the soil of its life-sustaining properties. At best, a farmer might expect to get three years of use out of a field. Rather than replenish the soil with heavy expenditures in manure, tobacco farmers found it more cost effective to acquire new land, allowing depleted fields to lay fallow for upwards of 20 years. Such farming practices required extensive reserves of fertile soil (Kulikoff 1986:47).

Not surprisingly, William Ridgely owned more than one tract of land in Anne Arundel County. His first land acquisition occurred in 1690, when he purchased a 200-ac. section of James Finley's "Abbington." Located at the head of the South River, Ridgely's Abbington served as his homestead (**Figure 2.3**). Two years later, Ridgely surveyed a 40-ac. tract of land on the north side of the South River. Patented as "Ridgely's Beginning," this tract constituted Ridgely's first survey. Later, in 1694, Ridgely surveyed a 305-ac. tract along Rogue Harbor Run in present-day Fourth District, Anne Arundel County. He named this patent, "Ridgely's Chance" (Anne Arundel County 1694: Patent Record C 3, 411-12; Warfield 1905:81–83). It is not known if William Ridgely farmed Ridgely's Chance or if he reserved the tract for future use.

When William Ridgley's son, William Ridgely II (1678–1719) married in 1702, William Ridgely deeded him Abbington, the family's principal farmstead. At the time of William Ridgely's death in 1716, the remainder of his estate went to his son, who survived his father by only three years. The former holdings of William Ridgely, including Ridgely's Chance, then went to William Ridgely II's son, William Ridgely III (1703–1777) (Warfield 1905:81–83). Ridgely's Chance appears to have first been occupied during the early-to-mid eighteenth century by William Ridgely III, grandson of William Ridgely. Precisely where William III located his residence remains uncertain, but it quite likely occupied the same site used by the Downs family during the mid-to-late nineteenth and early twentieth century.

Abbington appears to have remained the family farmstead and residence of William I and William II, but at some point, William Ridgely III established a residence at Ridgely's Chance. William Ridgely III's will, written March 10, 1768, states:

> I Give and Bequeath unto my Beloved Sons John Ridgely, Henry Ridgely and Greenbury Ridgely and their Heirs forever, the following Tracts of Land. One Tract of Land called and known by the name of Ridgely's Chance whereon I now do dwell Containing three hundred and five Acres of Land more or less, Also a Tract of Land called and known by the Name of Spanish Oak Grove, Containing fifty Acres of Land more or less, Also a Tract of Land Called and known by the name of Good Luck containing fifty Acres of Land more or less Also Another Tract of Land Containing One hundred and fifty acres of Land more or less being part of a Tract of Land Called and known by the name of Piney Grove All Lying and being in Ann Arundel County to be Equally Divided amongst them But if Either of my above named Sons should die without Lawful Issue of his body begotten then the part or parts of Land to whom it did belong to be the Right, Estate, and Lawful Inheritance of the Surviving Brother or Brothers and their Heirs for Ever (Ridgely 1768: Liber TG No.1, Folio 6-8) (sic).

All told, William Ridgely III owned four discontiguous tracts totaling at least 555 ac. Precisely how he managed these properties remains unknown, but a likely scenario might include a combination of tenant farming, fallow land in rotation, and farming for personal consumption and sale. Slaves, of which William Ridgely III owned five, would have supplemented or even replaced labor provided by the Ridgely family (Ridgely 1768: Liber TG No.1, Folio 6–8). Upon his death ca. 1777, Ridgely's Chance, among other landed properties, went to his sons John, Henry, and Greenbury.

As his will attests, William Ridgely III occupied Ridgely's Chance as of 1768. How long he occupied tract remains unknown. Also unknown are the identities of those who occupied Ridgely's Chance immediately following his death. Presumably, William's wife Mary Orrick Ridgely remained at Ridgely's Chance following the death of her husband, but this is an assumption. Mary died in 1786 and by March 1791, the Ridgely brothers began dividing the landed estate of their late father. John and Greenbury Ridgely transferred a portion of Ridgely's Chance to their brother Nicholas (Anne Arundel County 1791: AH 6 Folio 43 Book 1). Brothers Henry, Nicholas, and Greenbury are known to have resided in locations other than Ridgely's Chance, but it is unclear precisely where John lived. The 1795, Dennis Griffith map of Maryland shows a Ridgely living on the east side of the Patuxent River roughly 4 mi. southwest of Ridgely's Chance (**Figure 2.3**). This same map shows the name "Howard" near the location of Ridgely's Chance. Whether Howard was associated with Ridgely's Chance or simply occupied the property adjacent to Ridgely's Chance is not known. The name Howard does not appear in available records pertaining to Ridgely's Chance. Quite possibly, Ridgely's Chance was left in the care of tenant farmers during the late eighteenth and early nineteenth century.

During the early nineteenth century, portions of Ridgely's Chance changed hands several times. In 1811, John Ridgely deeded 261.25 ac. of Ridgley's Chance to his son William. An additional transfer of a portion of Ridgely's Chance occurred in 1814, when Archibald Mason acquired 200 ac. of the tract from John Brewer, a court-appointed trustee for John Ridgely's estate (Genealogy

2009). How this transaction related to the transfer from John to his son William remains uncertain, but it appears to have been part of a legal maneuver designed to settle debts incurred by John. It remains unknown whether John Ridgely ever resided on Ridgely's Chance. If he did, his tenure on the property could not have extended beyond his death ca. 1818. Moreover, there is no way to tell if his son, William, or Archibald Mason ever resided on the property.

Whether Mason retained his 200-ac. share of Ridgely's Chance or sold it back to one of the Ridgelys is also unclear. At the time of Nicholas Ridgely's death in 1830 (*Baltimore American* 1830), Nicholas owned at least 122 ac. of Ridgely's Chance. Nicholas willed the 122-ac. portion of Ridgely's Chance to his daughter, Ann Wellmore. By 1832, Nicholas's daughter Ann had passed away, leaving the 122-ac. portion to Ann Orndorff, daughter of Ann Wellmore and granddaughter of Nicholas Ridgely. Ann and her husband John immediately sold the property to German immigrant Godfrey Friedhofer (Anne Arundel County 1842: WSG 26/110). The sale to Friedhofer likely severed the final link between the Ridgely family and Ridgely's Chance; a chain of ownership that spanned approximately 138 years.

### 2.3.5   The Downs Family Ownership: 1842-1919

On January 17, 1842, Godfrey Friedhofer sold his 122-ac. portion of Ridgely's Chance to William Downs (Anne Arundel County 1842: WSG 26/110) (**Table 2.1**). The grantee/grantor indexes show no other transactions for William Downs prior to 1873, when William transferred 322 ac. to his son, John Gere Downs. However, given that he owned at least 320 ac. by 1850 (as shown in the Agricultural Census [Agricultural Census 1850b]), he must have acquired a minimum of 200 ac. either prior to the transaction with Friedhofer or sometime soon thereafter. Perhaps William acquired the 200-ac. portion of Ridgely's Chance prior to 1842. Regardless, William owned the entirety of the 305-ac. Ridgely's Chance patent by 1850, plus an additional 17 ac., which brought the total to about 322 ac.

Exactly when William Downs first arrived in Anne Arundel County remains unknown. Available documents reveal that he was the son of Maryland natives, Zachariah (1748–1831) and Elizabeth Ann Mason Downs (1750–1820). William was born in Montgomery County, Maryland, on November 25, 1790 (Motsinger 1966:280). William's parents resided in Montgomery County for the remainder of their lives. Presumably, William would have remained with his parents through childhood and, perhaps, early adulthood. The 1810 census is not readily available, but the 1820 census record for Montgomery County shows that William was no longer living in his parents' home (United States [US] Federal Census 1820). The earliest available record for William consists of a marriage record, indicating that he married Mary Ann Carrick in Prince George's County, Maryland, on June 2, 1827. Census records show that by 1840, he was living in Anne Arundel County in the vicinity of the Disney family, who occupied farms very near Ridgely's Chance (US Federal Census 1840). Just two years later, he signed a deed for at least 122 ac. of Ridgely's Chance. In 1850, he is listed in the census as a resident of Anne Arundel County, along with his wife Mary Ann and eight children: William H. (1828–1911); Benjamin C. (b.1830); Catherine (b.1832); James T. (1834–1920); Dorcus A. (b.1836); John Gere (1838–1903); Sarah E. (b.1843); and Arial B. (1845–1911) (US Federal Census 1850a). The 1860 Martenet map shows William Downs's name near the center of Ridgely's Chance (**Figure 2.8**).

Agricultural census records for 1850 and 1860 indicate that William owned about 320 ac. Approximately 200 of these acres were improved, while 120 were unimproved. In 1850, the cash value of his farm totaled about $1,000. He owned five horses, five milk cows, two oxen, eight

*Table 2. 1. Chain of Title for Ridgely's Chance.*

| Grantor | Grantee | Date | Deed Book |
|---|---|---|---|
| Province of Maryland | Ridgely, William I | 1694 | Patent Record C3, pp.411-12 |
| Ridgely, William I (deceased) | Ridgely, William II (heir) | 12/13/1716 | Liber WT, No. 1, Folio 99 |
| Ridgely, William II (deceased) | Ridgely, William III (heir) | 8/29/1719 | Liber 2, Folio 502 |
| Ridgely, William III | Ridgely, John, Henry, and Greenbury (heirs) | 10/15/1777 | Liber TG 1, Folio 6-8 |
| Ridgely, John, Henry, and Greenbury | Ridgely, Nicholas | 3/14/1791 | AH 6 folio 43 Book 1 |
| Ridgely, Nicholas (deceased) | Orndorff, John H. and Ann | 6/01/1832 | WSG 17/415 |
| Orndorff, John H. and Ann | Friedhofer, Godfrey | 6/01/1832 | WSG 17/415 |
| Friedhofer, Godfrey | Downs, William | 1/17/1842 | WSG 26/110 |
| Downs, William | Downs, John G. | 5/17/1873 | WSG 26/111 |
| Downs, John G. (deceased) heirs of | Downs, William T. | 11/27/1907 | See Plat Map |
| Downs, John G. (deceased) heirs of | Disney, Summerfield and wife Mary Estelle Downs Disney | 12/3/1908 | WSG 26/112 |
| Downs, William T. | United States of America | 6/17/1919 | GW 63 Folio 381 |

cattle, 12 sheep, and 10 swine for a total livestock value of about $200. He harvested 45 bushels of wheat, 30 bushels of rye, 350 bushels of Indian corn, and 4,000 pounds of tobacco. While the farm produced lesser quantities of grain than neighboring farms, Downs produced an above-average yield of tobacco. He also produced $300 worth of fruit from his orchard and $800 worth of marketable produce. These figures were about average for the area. Figures for 1860 were like those of 1850, but the Downs farm was by then worth $2,500. Again, the Downs farm produced about 4,000 pounds of tobacco. Because the 1870 agricultural census provides district- wide totals only, Downs farm production figures for 1870 are not known. By this date, William had retired, and his youngest son John Gere Downs continued the Downs farm operation. Like most farmers in northern Anne Arundel County, John likely focused on truck farming for sale to Baltimore markets (US Federal Census 1850b; US Federal Census 1860a).

The 1850 slave schedule for District 4 shows that William Downs owned seven slaves, including a 51-year old male, a 45-year old female, and what possibly constituted their family of five children, ages 3, 6, 10, 14, and 16 (US Federal Census 1850c). In 1860, he owned nine slaves, including five males ages 2, 14, 36, 38, and 40, and four females ages 6, 10, 30, and 37 (US Federal Census 1860b). Census records for 1870 and 1880 show that a considerable number of African American and mixed-race residents of Anne Arundel County used the surname Downs (US Federal Census 1870; US Federal Census 1880). Some of these individuals may have been former slaves or descendants of slaves belonging to William Downs, while others may have come from plantations belonging to other branches of the Downs family. William's father Zachariah, for example, owned several slaves (US Federal Census 1790 and 1820). Census records show that William's brothers, Benjamin, and Richard M. Downs also owned slaves.

By 1870, William had retired. He still was living with his wife Mary Ann in District 4, Anne Arundel County (US Federal Census 1870). The couple was living next door to or at least very near their youngest son John Gere Downs and his wife, Mary Alverda. A plat map for the Downs estate shows that on April 30, 1873, William Downs transferred his land to his son John. This transaction does not appear in the grantee/grantor indexes for Anne Arundel County, but the 1878 Hopkins map clearly shows John as owner of the property (**Figure 2.9**). The plat map shows that the 1873 property transfer included a 200-ac. tract and a 122-ac. tract located on either side of Rogue Harbor Run. The plat map also includes the name Ridgley's Chance, shown just above the ninth leg of the Ridgely's Chance boundary survey. **Table 2.2** provides the Family Tree of William T. Downs.

Table 2. 2. William T. Downs Family Tree.

| First Generation | Second Generation | Third Generation | Fourth Generation |
|---|---|---|---|
| **William Downs (1791–1883)** | William H. Downs (1828–1911) | Maranda P. Downs (1834–?) | Earl L. Downs (1896–?) |
| **Mary Ann Carrick Downs (1803–1775)** | Benjamin C. Downs (1830–?) | Benjamin F. Downs (1865–?) | Wilmer K. Downs (1899–?) |
|  | Catherine Downs (1832–?) | Azarih A. Downs (1868–?) | Beulah E. Downs (1903–?) |
|  | **James T. Downs (1834–1920)** | **William T. Downs (1869–?)** | William C. Downs (1905–?) |
|  | Dorcus A. Downs (1836–?) | Ellen C. Downs (1871–?) | Arthur T. Downs (1907–?) |
|  | John Gere Downs (1838–1903) | Richard D. Downs (1873–?) | Richard E. Downs (1909–?) |
|  | Sarah E. Downs (1843–?) | Robert S. Downs (1876–?) | Lillius E. Downs (1910–?) |
|  | Arial B. Downs (1845–1911) | **William T. Downs (1869–?)** |  |
|  | **James T. Downs (1834-1920)** | Amanda V. Downs (1875–? |  |
|  | Louisa E. Downs (1835-1898) |  |  |

On December 21, 1875, Mary Ann Downs died. The family buried her on the Downs property. The 1880 population census shows William as a widower, still living with his son John and his

wife Mary Alverda (US Federal Census 1880). William Downs survived his wife Mary Ann by about eight years, dying on September 30, 1883. The family buried him next to Mary Ann in what became known as Downs Cemetery.

After acquiring the farm from his father in 1873, John kept the 322-ac. Downs farm intact until 1884, when he sold 2 ac. to Stephen Hebron. John sold an additional 8.75 ac. to Hebron in 1896. The 1870 population census shows that Stephen Hebron was African American and a laborer (US Federal Census 1870). In 1900, Hebron was listed as a farmer (US Federal Census 1900). Hebron's house appears on the 1904, Baist's Map of the Vicinity of Washington, D.C. (**Figure 2.10**). By 1904, the house appears to have belonged to Stephen's son, Frank Hebron. The Hebron house and property were located toward the southwest corner of the Downs estate.

John and Mary remained on the Downs estate through 1900. The population census for that year shows the couple living with their daughters Susie and Edna. Sarah A. Disney, sister of John Downs, also was living in the house. John and Mary's oldest daughter, Mary Estelle, was living with her husband, Summerfield C. Disney, on a farm somewhere in District Four (U.S. Federal Census 1900). John died in 1903, leaving his wife Mary to handle the estate (Arps 1983:43). Deed records show that, in November 1907, the heirs of John Downs transferred 117.9 ac. of the 312-ac. Downs estate to William T. Downs, son of James T. Downs and nephew of John. In 1908, Mary transferred the remaining 192.1 ac. of John's estate to son-in-law Summerfield C. Disney. Following the sale of her late husband's farm, Mary moved to Baltimore with daughters Susan and Edna (US Federal Census 1910: Baltimore County, MD). Mary survived her husband John by 13 years, dying on February 2, 1916.

The Disneys and William T. Downs sold their parcels to the United States Army in 1919. However, it appears that they retained a 0.5-ac. parcel that contains Downs Cemetery, as well as an access road leading to it. The access road is no longer extant. The cemetery, which contains the remains of William Downs and his wife Mary Ann, remains intact. It was unknown whether Downs Cemetery contained additional, unmarked graves. The current investigation validated only Mary A. Downs and William Downs were in the Downs Cemetery.

## 2.3.6   Downs Cemetery

The Downs Cemetery occupies a 0.5-ac. parcel located just east of FGGM's East Campus Building 1 (ECB 1). The cemetery was in a cleared lawn area just west of the former William T. Downs/Post Sergeant Major's House. A low chain link fence borders the cemetery, which contains two marked graves, that of William Downs (November 25, 1790 to September 30, 1883) and his wife Mary Ann Downs (July 27, 1803 to December 21, 1875). William and Mary were grandparents of William T. Downs, original occupant of the Post Sergeant Major's house. The current investigation validated only Mary A. Downs and William Downs were in the Downs Cemetery.

The Downs Cemetery marks the approximate location of the former Downs family farmstead. The United States Army leased the Downs farm in June 1917. Two years later the Army purchased the property. A 1919 plat map of the property shows that the Downs family retained legal access to the cemetery (**Figure 2.11**).

*ERG, LLC*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*

*July 2020*
*Field Completion Report*



Figure 2. 8. 1860 Martenet Map showing location of project area (Martenet 1866).

*ERG, LLC*                                                                                      *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*



Figure 2. 9. 1878 Hopkins Map showing location of project area (Hopkins 1878).

ERG, LLC
East Campus Grave Relocation, Fort G. George Meade, Maryland

*July 2020*
*Field Completion Report*



Figure 2. 10. 1904 Baist Map showing location of project area (Baist 1904).

*ERG, LLC*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*

*July 2020*
*Field Completion Report*



Figure 2. 11. 1919 Plat Map showing boundaries of Downs Estate/Ridgley's Chance (Gray & Pape 2012).

Again, William T. Downs acquired the property through inheritance. The familial relationship between the house and cemetery, however, was rather short lived. The current investigation concluded that Mary A. and William Downs were the sole occupants of the Downs Cemetery and were clearly associated with the Downs Farmstead. However, the house was built ca. 1907 and presumably occupied by members of the Downs family only until 1917 when the property was vacated for the formation of Camp Meade.

Based on historic maps and photos, it appears that during World War I, the 79th Division headquarters occupied the area around the cemetery. Photos from ca. 1918 show several temporary wooden buildings and a tall watchtower in the immediate vicinity of the cemetery (**Figures 2.4 and 2.12**). This temporary construction left the cemetery in place. The Army removed the temporary buildings and structures during the 1920s and 1930s, leaving only the former house of William T. Downs and the cemetery itself. The William T. Downs house remained in use as the Post Sergeant Major's residence. During the 1950s, the Army built a golf course in this area, and in the early 1990s, the Army demolished the former house of William T. Downs.

The cemetery was maintained and bounded by a chain-linked fence measuring approximately 20 by 22 feet. However, the land allotted for the cemetery was much greater, covering 0.5 acres according to the 1919 deed transferring ownership to the Army. The heirs of the John G. Downs family retained ownership of the graveyard but it was unclear how many individuals were buried at the site.

**THIS PAGE LEFT BLANK INTENTIONALLY.**



Figure 2. 12. 1918 Photograph of Camp Meade, 79th Division Headquarters (Gray & Pape 2012).

*ERG, LLC*                                                                                                      *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                         *Field Completion Report*

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# 3.0   RESEARCH DESIGN AND PROJECT METHODS

This section discusses the specific methods used by ERG to excavate the marked burials within the Downs Cemetery as well as to explore and investigate potential unmarked burials within the project area. The Downs Cemetery investigation was limited to an approximately 25-foot-by-25-foot fenced in area, which expanded to a 1,700 sq ft total area of investigation east of ECB 1. The current investigation included the two graves in the fenced area which have permanent surface markers (Mary A. Downs and William Downs), followed by the 1,700 sq ft project area for any unmarked burials.

Prior to the start of fieldwork, USACE Baltimore secured permission to disinter two (2) marked graves and any additional possible graves to be discovered in a 1,700-square-foot section of the Downs Cemetery. This project area had not been previously archaeologically investigated and was not subjected to geophysical techniques such as LiDAR, GPR, or gradiometry. ERG personnel mapped all cultural features and landmarks using a total station (SOKKIA SET530R). The standing grave marker was shot in with at least two points on its long axis. The surveyors bracketed the spatial location of each grave shaft with four points once the burial container was identified. ERG also shot in the survey boundary, perimeter fence, and other archaeological features and significant landscape features (**Figure 3.1**) as well as burial features and recovered artifacts (**Figure 3.2**).

ERG employed a backhoe with a 3-feet-wide bucket to remove the topsoil and overburden so the soil stains of the grave shafts became visible. Due to the sandy matrix, identification of a grave shaft was unable to be determined and the machinery was used to remove overburden until a burial container was identified. The heavy machinery was also used to complete additional tasks such as the installation of silt fencing as per MDE requirements, removal of the 25-foot-by-25-foot chain-link fence and two (2) hardwood tree stumps within the project area.

The topsoil of the survey area was stripped, and suitable soil was stockpiled separately from other excavated material to be readily used for the finished grading. All other excavated material was cleared of unsuitable material such as vegetation, debris, sod, mulch, and rubbish and placed in a stockpile area to be used as backfill.

The overburden was removed in several inch-lift increments until ERG bioarchaeologists determined the presence of a burial. At that point, the grave shafts were hand excavated with shovels and trowels as to not damage any human remains or cultural material. All excavated soil associated within a grave shaft and not associated with the overburden was screened through a 6.4-millimeter (0.25-inch) mesh to recover any skeletal material and other material cultural associated with the burial. Oversight of the screened material was conducted by ERGs bioarchaeologists to collect any human remains not observed during excavations. Excavated soil was sifted into a backfill pile for subsequent reuse when backfilling and compacting. A polyethylene tarp was

utilized to cover the active excavation area (burial) when the backhoe was required to extend workspace.

ERG bioarchaeologists carefully excavated within the confines of the grave shaft or pit until reaching the bottom or sterile soil. All known or suspected grave plots were pin flagged at the approximated head and foot to account for all potential locations and to facilitate targeted excavations. All pin flags were labeled with a plot number with permanent marker. Plot numbers were identified within the total station based off a known datum. A Total Station Log was also maintained for each point recorded.

All the human remains or last remains, including clothing materials, identification markers, caskets, coffins, or other container, and coffin hardware was removed from each grave, placed in the properly sized rough box or appropriate cardboard box, sealed with cover and identification plate attached, and transported and reinterred in the new grave at the reinterment site. Grave contents were exposed, photographed by the Government photographer, and documented on ERGs Burial Data Forms (**Appendix B**). The Funeral Director from Hilton Funeral Home visually inspected each finished grave to confirm it had been fully excavated. The rough boxes were then placed in a Hilton Funeral Home transport van and parked at a secure storage facility. The remains were transported in a closed conveyance to the Bethel Cemetery on FGGM and reinterred in accordance with routine burial practices and receiving cemetery standards.

Every plot was measured and cataloged using the Burial Data Forms (**Appendix B**). Pertinent information about each burial was recorded, including any surface representations such as depressions or formal markers; relevant grave pit characteristics such as shape and maximum dimensions; coffin specifics such as presence, shape, and maximum dimensions; and an infield determination of skeletal condition as well as biological profile as permissible, and associated artifacts.

Skeletal preservation was recorded for each skeleton while still *in situ*. ERG's bioarchaeologists conducted a basic field inventory for all historic objects recovered from the excavation. Artifacts were identified by material type, function, and presumed date range using sources such as Davidson (1999, 2004), Pye (2010, 2011), and Sprague (2002). Specific attention was paid to collecting information that establishes chronological placement and cultural practices to the best extent possible. Artifacts were photographed by the Government photographer as an aggregate collection in the field by plot number.

In addition to the removal of all human remains, ERG also removed all gravestones, markers, burial containers, and monuments from the Downs Cemetery. Headstones and footstones associated with specific plots were transported at the same time and stored in the same facility, as the remains. ERG took precautions to protect such articles from damage during these operations. Stones that were too heavy to be handled by hand were handled with fiber or leather rope slings and machinery. All stones were adequately supported and braced during transportation. The monument was installed on a new concrete foundation at the reinterment plots in Bethel Cemetery. Once excavation was complete at the Downs Cemetery, all grave shafts and scrapped areas were backfilled in such a manner as to provide compaction of a density at least equal to the density of

adjacent earth to prevent settlement or shrinkage. In addition, the entire 1,700-square-foot project area was reseeded with grass to minimize erosion and to preserve the scenic viewshed.



Figure 3. 1. Map of the Downs Cemetery project area and associated features.



Figure 3. 2. Illustration of the Downs Cemetery, burials, and associated features.

*ERG, LLC*                                                                                                          *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                        *Field Completion Report*

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# 4.0   RESULTS

From 1 June through 3 June 2020, ERG conducted a grave relocation project at the Downs Cemetery on FGGM. This project was initiated by the USACE Baltimore District to investigate at least two (2) known grave locations and facilitate the disinterment, transportation, and reinterment of the remains in the Downs Cemetery to the Bethel Cemetery on FGGM. The face of the monument was facing west with the footstones on the east side of the monument. Orientation of the burials was therefore east-west. The north grave was marked Burial 1 and the south grave was marked Burial 2.

The results of these investigations are presented in this chapter and are organized by Individual/Burial Number. Descriptions for each plot include location in the cemetery, general dimensions and shape of grave shaft, soil colors and textures, artifact contents, and a discussion of skeletal contents.

## 4.1    Staging for Project

The project area was prepared for excavation on 27 May 2020, prior to the start of the project. Sediment and Erosion Control Plan measures were put in place with a silt fence positioned around the perimeter of the project area, a mulch access pad deposited over the sidewalk to prevent destruction from heavy machinery, and the Downs Cemetery chain link fence removed. Additionally, the headstone, footstones, and unworked sandstones were removed from the Downs Cemetery and retained for reinterment at Bethel Cemetery, FGGM. The location of these features was marked with pin flags so points with the total station could be collected.

The marble monument was removed with cloth straps and heavy machinery. While previous research purports the current headstone was a replacement stone, the weathering and materials appear consistent with a monument erected in the last quarter of the nineteenth century and could be the original marker (Gray and Pape 2012; Hornum and Saul 1995). The current condition of the marble headstone was good, although the headstone had slipped off its base approximately 4 centimeters (cm) downhill (north). The two footstones are virtually identical marble footstones oriented east-to-west and lay flat on the ground. They are rectangular, measuring 23 cm by 35 cm, with arches at the west end. The Mary A. Downs footstone was slightly askew and was inscribed with "M A D" at the arched end. North of Mary's, the William Downs footstone appears *in situ* and was inscribed with "W D" at the arched end.

There were also two sizeable sandstone rocks within the fenced perimeter. The larger of the two was in the southeast corner of the cemetery and the smaller rock was located next to the inscribed marble monument. This size sandstone rock was not prevalent in the project area, and the potential was there to interpret these rocks as additional grave markers. Therefore, these two rocks were

collected, and their location marked with pin flags for mapping and investigation purposes. **Figure 4.1** provides an overview photograph of the Downs Cemetery after staging.



Figure 4. 1. Overview photograph of Downs Cemetery after staging facing southeast. Note silt fencing, yellow pin flags (location of chain link fence), and white pin flags (location of monument, footstones, and unworked sandstone rocks).

## 4.2  Mary A. Downs (Burial 1)

Burial 1, the northern grave, was excavated on 1 June 2020. Interestingly, the team was led to believe they were beginning with the burial of William Downs per the footstone location, but an intact and well-preserved name plate was identified *in situ* for Mary A. Downs within Burial 1 (**Figure 4.2**). This identification was further supported by osteological analysis. The soil was not disturbed within the fenced perimeter and composition was sand with deposits of round river pebbles and some clay. As previously noted, no burial shaft was able to be identified with the soil matrix present. Through mechanical excavation, ERG relocated the remnants of a burial container at approximately 75 cm below surface (bs), after which point the burial was manually excavated. The soil profile consisted of 10YR 6/6 brownish yellow sand with clay located at the center of the grave. The matrix within the burial was disturbed and soft while exterior to the burial the matrix was hard. The harder soil located outside of the burial consisted of 10YR 7/6 yellow sand. The rectangular burial container measured 232 cm in length (east-west dimension)  and 65.5 cm in width (north-west dimension) at the east (foot) end of the burial and 78 cm in width (north-west dimension) at the west (head) end of the burial (**Figure 4.3**). Typically, a rectangular shaped burial container is known as a casket. The casket appeared to be placed within an outer wood box. The burial terminated at approximately 131 cmbs. Soil profile below burial consisted of 10YR 6/8

brownish yellow sand. Final dimensions at base of burial was 222 cm in length with the west end narrowing to 57 cm.

The artifacts recovered in Burial 1 included: coffin nails/screws (n=50+ due to the two containers), screw plates, name plate (Mary A. Downs, Died 21 December 1875), glass viewing plate, three small buttons with fabric adhered recovered *in situ* along chest (potentially from blouse/bodice), fragments of clothing recovered under viewing plate, three larger buttons, coffin wood, and coffin handles (n=6). Photographs of artifacts are presented below in **Figures 4.4** - **4.6**.

The human remains recovered from Burial 1 included the glenoid fossa of right scapula, right phalanges over chest, left phalanx over abdomen/pelvis, left first rib, right humoral shaft, head and neck of right femur and the acetabulum of the right os coxa, remaining portion of right femur (too poorly preserved for diagnostic analysis as it was flattened due to taphonomic processes), and partial cranial vault (occipital, left parietal, and partial frontal). The condition of the remains was poor. Elements were wet and disintegrating when handled. Remains that were able to be recovered were preserved due to the viewing plate. This is because the glass viewing plate hindered the consistently wet environment incurred by contact with coffin wood. A consistently wet environment promotes decomposition as observed in the east end of the burial. Position of the remains was supine and extended with the right hand over the chest and left hand over abdomen/pelvis region. The cranium was facing right, resting on what would have been the right parietal had it preserved. An organic stain (adipocered soil) was present and undisturbed. This mool stain (organically stained soil from a burial) was excavated and retained for reburial with remains. Based on the name plate, Mary A. Downs was 72 years of age at death. Sex determination was supported by osteological analysis such as gracile and small mastoid process and a small femoral head.  **Figure 4.7** provides an overview photograph of the human remains recovered.

All biological material, coffin material (wood, hardware), and personal items were collected and placed into three (3) cardboard boxes for reinterment.



Figure 4. 2. Photograph of name plate located in Burial 1. Inscribed: Mary A. Downs, Died 21 Dec 1875.

Figure 4. 3. Photograph of casket outline in Burial 1, Mary A. Downs, facing west.

*ERG, LLC*                                                                  *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*            *Field Completion Report*



Figure 4. 4. Photograph of Burial 1, Mary A. Downs, glass viewing plate, and name plate in situ, facing north.



Figure 4. 5. Overview photograph of artifacts and human remains from Burial 1, Mary A. Downs.



Figure 4. 6. Photograph of buttons recovered from Burial 1, Mary A. Downs.



Figure 4. 7. Overview photograph of human remains recovered from Burial 1, Mary A. Downs.

## 4.3     William Downs (Burial 2)

Burial 2, the southern grave, was excavated on 2 June 2020. Again, the footstones were misplaced, and Burial 2 was marked by the footstone for Mary A. Downs. The proper identification was further supported by osteological analysis. The soil was not disturbed within the fenced perimeter

and composition was sand with deposits of round river pebbles and some clay. As previously noted, no burial shaft was able to be identified with the soil matrix present. Through mechanical excavation, ERG relocated the remnants of a coffin at approximately 108.5 centimeters below surface (cmbs), after which point the burial was manually excavated. The soil profile consisted of 10YR 6/6 brownish yellow sand with clay located at the center of the grave. The matrix within the burial was disturbed and soft while exterior to the burial the matrix was hard. The coffin was able to be pedestaled as the preservation was slightly better than Burial 1 (**Figure 4.8**). The harder soil located outside of the burial consisted of 10YR 7/6 yellow sand. The coffin for William Downs was hexagonal in shape with the foot-end tapered. Tapered burial containers are known as coffins. The coffin measured 206 cm in length (east-west dimension)  and 57 cm in width (north-west dimension) at the east (foot) end of the burial and 63 cm in width (north-west dimension) at the west (head) end of the burial. The burial terminated at approximately 137 cmbs. Soil profile below burial consisted of 10YR 6/8 brownish yellow sand.

The artifacts recovered in Burial 2 included a shoelace eyelet, glass viewing plate (56 cm by 29 cm at east end (near waist) and 13 cm at west end (near head), name plate (fragmentary, poor condition), three buttons (two from chest area and one from sleeve cuff area on left arm), caplifters, and screws (sunburst pattern design). The ornate coffin handles were located on the east-west sides (length) of the coffin (three handles per side) and the utilitarian handles were located on the north-south sides (head and foot) of the coffin (2 handles per side). Photographs of artifacts are presented below in **Figures 4.9** - **4.12**.

The human remains recovered in Burial 2 included most of the cranium less the right side of vault, maxilla (edentulous), mandible (2 teeth remain, canines, each well-worn with carious lesions; remainder of mandible antemortem loss), cervical vertebra 1-7, thoracic vertebra 1, greater horn of the left hyoid, left first rib, fragments of left ribs 2-4, acromion process of right scapula, left clavicle, manubrium, glenoid fossa and majority of left scapular body, left humerus, and fragment of left ulna. Condition of the remains was poor. Elements were wet and disintegrating when handled. Remains that were able to be recovered were preserved due to the viewing plate. The glass viewing plate impeded the consistently wet environment incurred by contact with coffin wood. Position of the remains was supine and extended with the left arm extended possibly resting on abdomen. The cranium was facing left, and all but the right side of cranial vault was recovered. An organic stain (adipocered soil) was present and undisturbed. This mool stain was excavated and retained for reburial with remains.

Based on the monument, William Downs was 91 years of age at death. Sex determination was supported by osteological analysis such as a strong glabella and supraciliary arches, large left glenoid fossa, wide, square mental region (chin), broad and long mastoid process, and large humoral head. The left humerus exhibited an antemortem fracture on the proximal shaft with healed callus. This injury must have led to an infection as evidence of such was observed from the callus to the head of the humerus. Moreover, degenerative joint disease was present at the shoulder girdle. The glenoid fossa of the left scapula exhibits arthritic changes anteriorly (the joint surface leans anteriorly with lipping). This matches the arthritic changes exhibited by the left humerus

such as flattened head with lipping on the superior and anterior surface. Cervical vertebrae 6 and 7 are fused indicating arthritic changes. Dental condition was poor with the entire maxillary dentition lost antemortem and the only teeth remaining in the mandible were the two canines. The two canines exhibited heavy enamel wear with dentin exposure as well as carious lesions along cementoenamel junction of lingual surface. Additionally, an infection or heavy arthritic wear was present on the right temporomandibular joint. Photographs of the observed pathology provided in **Figures 4.13 – 4.19.**

All biological material, coffin material (wood, hardware), and personal items were collected and placed into a small rough box and two (2) cardboard boxes for reinterment.



Figure 4. 8. Photograph of pedestaled coffin in Burial 2, William Downs, facing west.



Figure 4. 9.Photograph of Burial 2, William Downs, glass viewing plate in situ, facing west.



Figure 4. 10. Coffin screw from Burial 2, William Downs.



Figure 4. 11. Handle from Burial 2, William Downs.



Figure 4. 12. Overview photograph of artifacts from Burial 2, William Downs, including various handles,
nails, buttons, and caplifters.



Figure 4. 13. Photograph of left humerus. Note callus on proximal third of the shaft.



Figure 4. 14. Closeup photograph of callus on proximal third of shaft of left humerus.



Figure 4. 15. Photograph of proximal end of left humerus displaying flattening of the humoral head and active infection.

*ERG, LLC*                                                                                    *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*



Figure 4. 16. Photograph of left scapula displaying arthritic changes of the glenoid fossa.



Figure 4. 17. Photograph of fused cervical vertebrae 6 and 7.



Figure 4. 18. Photograph of Burial 2, William Downs, mandible. Note the antemortem tooth loss of all dentition except the two canines (circled in red). Carious lesions illustrated with blue arrows. *The left canine came loose after disinterment.*

*ERG, LLC*                                                              *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*    *Field Completion Report*



Figure 4. 19. Photograph of the skeletal remains within Burial 2, William Downs, in situ.

## 4.4      Additional Investigation of Project Area

The remainder of the project area was mechanically investigated for additional burials. No further interments were located. Two fenceposts were located to the south of Burial 2, William Downs. The first was located 284 cm from southeast corner of Burial 1. The second was found another 150 cm to the west. Archaeologists on site agreed these remnant posts were likely part of a post and chain fort-era fence.

Since no additional burials were located, the two sizeable sandstone rocks collected from within the fenced perimeter were treated as artifacts of the Downs Cemetery and placed at the head of the vaults within the reinterment burials at Bethel Cemetery, FGGM. The project area was backfilled, leveled, and compacted to appropriate specifications. Additionally, a 4000 sq ft area was hydroseeded to return the area to a manicured lawn.

## 4.5      Reinterment at Bethel Cemetery, FGGM.

On 3 June 2020, the remains and cultural material recovered for William Downs and Mary A. Downs were transferred to Bethel Cemetery on Fort George G. Meade via the Hilton Funeral Home transport van. The reinterment plots were located near their family, James T. Downs, E. Catherine Downs, Louisa Downs, and Arthur Downs. The plots were excavated, and vaults were set in place.

The containers of the remains and cultural material were set in the vaults for reinterment (**Figure 4.19** and **4.20**). A small ceremony was provided by the Post Chaplin and once concluded, William Downs and Mary Downs were lowered into their final resting places.

The reinterment burials were closed and the area was seeded and strawed. The monument and footstones were erected, now with the proper footstones marking the correct burial (**Figure 4.21**).



Figure 4. 20. Contents of vault for Burial 2, William Downs.



Figure 4. 21. Sealed vaults prepared for reinterment.



Figure 4. 22. Final resting place of William Downs and Mary A. Downs in Bethel Cemetery, FGGM.

## 4.6     Discussion of Results

The Downs Cemetery investigation included the burials of William Downs and Mary A. Downs. These burials dated to the fourth quarter of the nineteenth century. William Downs was born 25 November 1790 and died 30 September 1883. His epitaph read "*And now Lord, wh___ I for my*

*hope is in Thee"*.  Mary A. Downs was born 27 July 1803 and died 21 December 1875. Her epitaph read "*I shall be satisfied, when I _____ in His Likeness*". Gray and Pape (2012) researched the original meaning of these epitaphs and completed William's epitaph with "*what wait"* and Mary's epitaph with *"awake"*.

The overall preservation of the burials was poor. The coffins were wood which retains moisture and not only decomposes over time but retains a wet contact surface for the human remains and any organic material such as clothing. This wet environment leads to decomposition and loss of integrity of organic materials which was observed in each burial. Furthermore, the preservation was slightly better under the glass viewing plate within each burial since a lack of moisture would have occurred on this surface.

Due to this poor preservation, the limited human remains recovered from each burial could only tell us so much about the individual interred. For example, very few skeletal elements of Mary A. Downs were recovered, and those that were recovered were in very poor condition, and therefore, only her burial position and sex could be determined from visual analysis. Position of the remains was supine and extended with the right hand over the chest and left hand over abdomen/pelvis region. The cranium was facing right, resting on what would have been the right parietal had it preserved. Sex determination was supported by osteological analysis such as gracile and small mastoid process and a small femoral head.

On the other hand, while only slightly more skeletal elements were recovered for William Downs, the condition as well as elements present were such that not only burial position and sex analysis were conducted, but insight into his life could be determined. Position of the remains was supine and extended with the left arm extended possibly resting on abdomen. The cranium was facing left, and all but the right side of cranial vault was recovered. Sex determination was supported by osteological analysis such as a strong glabella and supraciliary arches, large left glenoid fossa, wide, square mental region (chin), broad and long mastoid process, and large humoral head. The left humerus exhibited an antemortem fracture on the proximal shaft with healed callus. This injury must have led to an infection as evidence of such was observed from the callus to the head of the humerus. Moreover, degenerative joint disease was present at the shoulder girdle. The glenoid fossa on the left scapula exhibits arthritic changes anteriorly (the joint surface leans anteriorly with lipping). This matches the arthritic changes exhibited by the left humerus such as flattened head with lipping on the superior and anterior surface. These pathologies would greatly affect William in life with symptoms such as chronic pain, limited use of the arm, and illness from infection.

Also present on the skeletal remains of William Downs was the fusion of cervical vertebrae 6 and 7. This indicates arthritic changes over time, which again would have likely been accompanied by pain. Lastly, William's dental condition was poor with the entire maxillary dentition lost antemortem and the only teeth remaining in the mandible were the two canines. The two canines exhibited heavy enamel wear with dentin exposure as well as carious lesions along cementoenamel junction of lingual surface. This amount of dental wear and tooth loss would have likely caused dental pain in life. Dentures were not recovered during excavation, and the alveolus does not appear pinched as typically seen with habitual denture wear. If William did not utilize dentures, this dental loss would have been another defining physical trait. Additionally, likely due to a life

of poor dental condition, an infection or heavy arthritic wear was present on the right temporomandibular joint.

The coffin ware and materials were consistent with the last quarter of the nineteenth century. Both coffins and caskets were utilized during this time with the transition from hexagonal coffins to rectangular casket occurring between 1860 – 1870 for the eastern United States. Coffins and caskets continued to be utilized through the early 1900s (Davidson 1999). Nails were an essential part of burial container construction and square nails wire nails were recovered. Wire nails, over machine cut nails, are likely to be utilized on rectangular burial containers since the introduction dates are similar, although nail preference might be specific to manufacturer (Davidson 1999). Coffin handles also support the burials dating to the late nineteenth century. Both Mary A. Downs' casket and William Downs' coffin were adorned with double lug short bar handles. Short bar handles can be found in the patent records as early as 1869 (Pye 2010, 2011). Additionally, the screws recovered from each burial were slightly different. While Mary A. Downs casket had escutcheon sets with the appropriate screws, William Downs' coffin was secured with flat thumbscrews. This type of screw was first patented in 1874 and did not appear in catalogs until 1875, the year of Mary A. Downs' death (Davidson 1999). **Figure 4.23** presents a catalog cut of silver-plated thumb screws illustrating the design observed on William Downs' coffin (No. 14). **Figure 4.24** presents examples of coffins with similar placement of viewing plate, ornate handles, and thumbscrews. Caplifters accompanied William Downs' coffin. Caplifters are designed to lift the panel covering the viewing window on a coffin. While caplifters may be found on burial containers dating as early as the 1850's to 1860's, they are not listed as a separate piece of coffin hardware until 1875 (Davidson 2004). Lastly, buttons were recovered from both burials. These Prosser buttons are ceramic and date to 1849 or later in the United States (Sprague 2002).



Figure 4. 23. Silver-plated coffin screws and tacks in the Stolts, Russell & Co. special coffin hardware catalog c.1880. William Downs' coffin included screw number 14.

*ERG, LLC*                                                                                      *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*            *Field Completion Report*



Figure 4. 24. Examples of coffins depicting location of thumbscrews (yellow circle), handles (red circle), and viewing plate (blue circle).

# 5.0   CONCLUSIONS

From 1 June through 3 June 2020, ERG conducted a grave relocation project at the Downs Cemetery on FGGM. This project was initiated by USACE Baltimore to investigate at least two known grave locations within a 1,700 sq ft project area and to facilitate the disinterment, transportation, and reinterment of the remains in the Downs Cemetery to the Bethel Cemetery on FGGM. This project complies with Federal and State regulations regarding the disinterment and reinterment of Non-Native American human remains. Upon visual inspection in the field, ERG proceeded to investigate the two known individuals first, followed by the investigation of the surrounding 1,700 sq ft for unmarked burials.

This investigation resulted in the successful recovery of William and Mary A. Downs. No unmarked burials were located. Preservation of the burial container, human remains, and any personal effects was poor. The name plate for Mary A. Downs was well preserved and legible, therefore her casket was able to be identified. A name plate was recovered in Burial 2, or William Downs, but the condition was too poor and fragmented to read. Interesting to note, after support for identification of burials was made by coffin/funerary artifacts and osteological analysis, it was determined the original footstones were misplaced and marking the incorrect grave. Ultimately, all biological material, coffin/funerary material (wood, hardware), and personal items were collected and placed into a rough box and/or cardboard boxes for reinterment in vaults at Bethel Cemetery FGGM.

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# REFERENCES CITED

Anne Arundel County
1842   Deed between Godfrey Friedhofer and William Downs, WSG 26/110, Land Records
       Department, Annapolis, Maryland.

1791   AH 6 Folio 43 Book 1

1694   "Ridgley's Chance," Patent Record C 3, pp. 411-12, Hall of Records, Annapolis,
       Maryland.

Anonymous
1994   Letter written by a Ridgely descendant, Ridgely Family clipping folder, Anne Arundel
Historical Society.

Arps, Walter E., Jr.
1983   *Maryland Mortalities 1876-1915 from the Baltimore Sun*, Anundsen Publishing
Company, Decorah, Iowa.

Baist, G. William
1904   Baist's Real Estate Atlas of Surveys of the Vicinity of Washington, D.C.,
       G.W. Baist, Philadelphia, Pennsylvania.

*Baltimore American*
1830   "Nicholas Ridgely of Baltimore for 30 years a member of the Methodist Church died 19
January aged 87 years". *Baltimore American*, January 28, 1830.

Breen, T.H.
1985   *Tobacco Culture: The Mentality of the Great Tidewater Planters on the Eve of
Revolution*, Princeton University Press, Princeton, New Jersey.

*The Capital*
1999   "Anne Arundel felt the Depression, but was spared the brunt," *The Capital*, December 5,
1999, Annapolis, Maryland.

Carr, Lois Green, Philip D. Morgan and Jean B. Russo
1988   *Colonial Chesapeake Society*, The University of North Carolina Press, Chapel Hill,
North Carolina.

Davidson, James M.
1999    *Freeman's Cemetery (1869-1907): A Chronological Reconstruction of an Excavated African-American Burial Ground, Dallas, Texas.* Unpublished Master's Thesis, Department of Anthropology, University of Arkansas, Fayetteville.
2004    *Mediating Race and Class Through the Death Experience: Power Relations and Resistance Strategies of an African-American Community, Dallas, Texas (1869-1907).* Dissertation at The University of Texas, Austin.

DeFord, Susan
1997    "In Colonial America, Tobacco Ruled," *The Washington Post*, Wednesday, May 14, 1997.

Genealogy
2009    "John Ridgely," family tree created by Ridgely descendent, www.familytreemaker.genealogy.com/users/r/i/d/Norman-Ridgley/WEBSITE-0001/UHP-0864.html, accessed December 6, 2011.

Gray & Pape, INC.
2012    *Phase II Archaeological Investigations at Site 18AN0973, the Downs Family Cemetery and Farmstead, on Fort George G. Meade, Anne Arundel County, Maryland.* Prepared for U.S. Army Fort George G. Meade; Contract Number W91247-10-D0026-0002 (RTOR0008).

Griffith, Dennis
1795    *Map of the state of Maryland.* J. Vallance, Philadelphia.

Hopkins, G.M.
1878    Atlas of Fifteen Miles Around Baltimore, Including Anne Arundel County, Maryland, G.M. Hopkins, C.E., Philadelphia, Pennsylvania.

Hornum, Michael B. and Kathryn J. Saul
1995    *Systematic Reconnaissance of 1,395 Acres at Fort George G. Meade, Anne Arundel County, Maryland.* R. Christopher Goodwin & Associates, Inc., Frederick Maryland.

Joseph, J. W.
1991    *A Cultural resources Overview, Fort George G. Meade, Anne Arundel County, Maryland.* U. S. Army Corps of Engineers, Mobile District, Mobile, Alabama.

Kulikoff, Allan
1986    *Tobacco and Slaves: The Development of Southern Cultures in the Chesapeake, 1680-1800*, University of North Carolina Press, Chapel Hill, North Carolina.

Kumpa, Peter
1985    "One word sums up the lives of most early Marylanders: tobacco," *Evening Sun*, 13 May 1985.

Martenet, Simon J.
1866    *Martenet's Map of Maryland*, Martenet, Baltimore, Maryland.

Motsinger, Minnie Naugle
1966   Daughters of the American Revolution, Maryland State Society Directory of Members and Ancestors, printed by Services Unlimited of Harford County, Bel Air, Maryland.

Natural Resources Conservation Service (NRCS)
2020   United States Department of Agriculture. Web Soil Survey. http://websoilsurvey.nrcs.usda.gov. Accessed June 2, 2020.

Nelker, Marshall H.
N.D.    "From the Colorful Past," Ridgely Family clipping folder, Anne Arundel Historical Society.

Pye, Jeremy
2010   *Typology and Analysis of Burial Container Hardware Recovered from the Excavation of Rambo Cemetery, Rom, Georgia.* Brockington and Associates, Inc.
2011   *Typology and Analysis of Mortuary Artifacts Recovered from Excavations in the 20th Century, New Home Cemetery, Fort Bend County, Texas.* Geo-Marine Inc.

R. Christopher Goodwin and Associates, Inc.
1994   *Fort George G. Meade Cultural Resource Management Plan, Vol. I*, Frederick, Maryland.

Ridgely, William III
1768    Will of William Ridgely III, Liber TG No.1, Folio 6-8, Hall of Records, Annapolis, Maryland.

Sprague, R.
2002   *China or Prosser Button Identification and Dating.* Historical Archaeology 36: 111-127.

Stolts, Russel & Co.
1880   Stolts, Russell & Co. Special Coffin Hardware catalog: Silver-plated thumb screws and tacks. c. 1880.

United States Army
2011   "Fort Meade History," *U.S. Army*, www.ftmeade.army.mil, accessed December 2011.

United States Federal Censuses
1790    Montgomery County, Maryland, Federal Census.
1820    Montgomery County, Maryland, Federal Census.
1840    Fourth District, Anne Arundel County, Federal Census.
1850a   Fourth District, Anne Arundel County, Bureau of the Census, Washington, D.C.
1850b   Agricultural Census, Fourth District, Anne Arundel County, Maryland.

1850c   Slave Inhabitants in Fourth District, Anne Arundel County, Maryland.

1860a   Fourth District, Anne Arundel County, Maryland, Bureau of the Census, Washington, D.C.

1860b   Slave Inhabitants in Fourth District Anne Arundel County, Maryland, Washington, D.C.

1870   Fourth District, Anne Arundel County, Maryland, Bureau of the Census, Washington, D.C.

1880   Fourth District, Anne Arundel County, Maryland, Bureau of the Census, Washington, D.C.

1900   Twelfth Census of the United States, The Fourth District, Anne Arundel County, Maryland, Bureau of the Census, Washington, D.C.

1910   Thirteenth Census of the United States, The Fourth District, Anne Arundel County, Maryland, Bureau of the Census, Washington, D.C.


Ware, Donna, Dr. Al Luckenback, and Alexander Speer

2008    "History of Anne Arundel County," Anne Arundel County, Citizens Information Center". www.aacounty.org/AboutAACo/history.cfm. Accessed November 2011.


Warfield, J.D.

1905    *The Founders of Anne Arundel and Howard Counties, Maryland*, Kohn & Pollack, Publishers, Baltimore, Maryland.

# APPENDIX A:

ERG Bioarchaeologists *Curriculum Vitae*

# Jessica R. Spencer M.A.
## Curriculum Vitae

Southern Illinois University                                             jessi.spencer@siu.edu
424 S. Front St.                                                              (208)-755-9406
Cobden, IL 62920

**Education:**

Southern Illinois University- Carbondale, Illinois (2013-present)
PhD Candidate in Biological Anthropology
Dissertation: "Bioarchaeological Analyses of Human Skeletal Populations from Late Roman and Early Byzantine Cemeteries at Umm el-Jimal, Jordan"

University of Montana- Missoula, Montana (2013)
Master of Arts Degree in Forensic Anthropology
Thesis: "The effects of Western Montana's unique weather and environment on the rate and sequence of decomposition using pig (*Sus scrofa*) cadavers."

Oregon State University- Corvallis, Oregon (2009)
Bachelor of Science Degree in Anthropology, emphasis on Physical/Archaeology, *Summa Cum Laude*

North Idaho College- Coeur d' Alene, Idaho (2004)
Associate of Science Degree in Anthropology

**Major Fields of Interest:**

Human osteology, forensic anthropology, bioarchaeology, medical anthropology, historical archaeology, forensic taphonomy, skeletal health, nutrition, dentition, pathology, human rights, mass fatalities and natural disasters

**Cemetery Specific Excavations:**

May 2020 — Fountain Bluff, Illinois Archaeological Site: Phase 1 and site monitoring for prehistoric cemeteries with the Shawnee National Forest

Sept 2019 — Jackson County, IL Poor Farm Project: site location and excavation of an individual from the Poor Farm Cemetery

Jan 2017 — St. Henry's Catholic Cemetery Project: site location and Phase 2 burial excavations with the Center for Archaeological Investigations and the Illinois National Guard Armory in East St. Louis, Illinois (on-going project to relocate the rest of the cemetery)

## Publications in Peer Reviewed Journals:

2017      Roberts LG, **Spencer JR.** and Dabbs GR. The effect of body mass on outdoor adult human decomposition. Journal of Forensic Sciences. Early View.

2016      Roberts LG, Dabbs GR, and Spencer JR. An update on the hazards and risks of forensic anthropology, Part I: Human remains. Journal of Forensic Science. Vol 61(S1) p S5-S13.

2016      Roberts LG, Dabbs GR, and **Spencer JR.** An update on the hazards and risks of forensic anthropology, Part II: Field and laboratory considerations. Journal of Forensic Sciences Vol 61(S1) p. S14-S21.

## Book Chapters:

In Review      Dabbs GR, Roberts LG, **Spencer JR.** Human decomposition in the outdoor environment of Southern Illinois. In Sorg MA, editor. Forensic taphonomy: the postmortem fate of human remains.

## Presentations at Professional meetings:

2020      Best KC, **Spencer JR**, Cabrera KN, Schrenk A, and Watts S. 2020. An osteobiographical model of care: Case study of Carrier Mills, IL Individual 194. Poster presentation at the 89th Meeting of the American Association of Physical Anthropologists, Los Angeles, CA. April 15-18, 2020. **\*Posted online due to COVID-19 Pandemic**

2019      Cabrera KN, Best KC, and **Spencer JR**. 2019. Osteobiography of Care: Preliminary Case Study of Carrier Mills (11SA87) Individual 194. Podium presentation at the 26th Meeting of the Midwest Bioarcharchaeology and Forensic Anthropology Association, Allendale, MI. October 18-19, 2019.

2017      Farace AP, **Spencer JR,** Merrill H, and Street D. Ft. Kaskaskia Archeology and Artifacts. Paper Presented at the Annual Meeting of the Illinois Archaeological Survey

2017      Roberts LG, Spencer JR, Best KC, and Dabbs GR. A Preliminary Investigation into the Effects of Artificial Freezing on Human Decomposition. . Center for Undergraduate Research and Creative Activities Graduate Research Forum. Poster Award Runner Up.

2017      Roberts LG, Dabbs GR, **Spencer JR,** and Best KC. A Preliminary Investigation into the Effects of Previous Freezing on Human Decomposition. Poster Presentation at the American Academy of Forensic Sciences Conference.

ERG, LLC                                                                                                    *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                    *Field Completion Report*

2016       Roberts LG, **Spencer JR**. and Dabbs GR. Effect of Body Size on the Rate of
           Outdoor Human Soft Tissue Decomposition. Center for Undergraduate Research
           and Creative Activities Graduate Research Forum.  Poster Award Winner.

2016       Roberts LG, Spencer JR. Effect of Body Size on the Rate of Outdoor Human Soft
           Tissue Decomposition. Poster presentation at the American Academy of Forensic
           Sciences Conference.

2016       Panakhyo M, **Spencer JR**, Roberts LG, and Dabbs GR. Sex and site based
           differences in subsistence procurement and daily activities amongst the Ipiutak
           and Tigara of Point Hope, Alaska. American Association of Physical
           Anthropologists Conference.

2015       Roberts LG, Dabbs GR, **Spencer JR.** Effects of body size on outdoor human
           decomposition in southern Illinois. Presented at Bioarchaeology and Forensic
           Anthropology Association meeting Chicago, IL. October 18.

2014       **Spencer JR,** Huey TN, and Best KC , Decomposition in western Montana:
           defining postmortem changes in the fall, winter, and spring. Poster presentation at
           the American Academy of Forensic Sciences Conference.

2014       **Spencer JR,** Roberts LG, Dabbs GR. An Update on the Hazards and Risks of
           Forensic Anthropology, Part II: Field and Laboratory Considerations. Poster
           presentation at the Midwest Bioarchaeology and Forensic Anthropology
           Association Conference.

2014       Roberts LG, Spencer JR, Dabbs GR. An Update on the Hazards and Risks of
           Forensic Anthropology, Part I: Human Remains. Poster presentation at the
           Midwest  Bioarchaeology and Forensic Anthropology Association Conference.

2013       **Spencer JR**. Defining postmortem changes in western Montana: effects of cold
           climate on the rate and sequence of decomposition using pigs (*Sus scrofa*). Paper
           presentation at the Midwest Bioarchaeology and Forensic Anthropology
           Association Conference.

2013       **Spencer JR**. Defining postmortem changes in west central Montana. Poster
           presentation at the American Association of Physical Anthropologists
           Conference.

2012       **Spencer JR** and Best KC. The Effects of Western Montana's Unique Weather on
           the Rate and Sequence of Decomposition Using Pig (Sus scrofa) Cadavers. Poster
           Presentation at the Northwest Anthropology Conference.

## Research Experience and Professional Development:

| | |
|---|---|
| 2019-present | Native American Grave Protection and Repatriation Act Project, SIU Center for Archaeological Investigation Curation Facility |
| 2018-2019 | Black Mesa Archaeological Repatriation Project, SIU Center for Archaeological Investigations Curation Facility |
| 2017-2019 | Human remains search and collections curation for the Shawnee National Forest Archaeological Collection Rehabilitation Project and Black Mesa Archaeological Project, Center for Archaeological Investigations Curation Facility |
| 2018 | Forensic recovery for the Jackson County, IL Sherriff's office (October 28). |
| 2017 | Point of Contact for the Complex for Forensic Anthropology Research while Director is out of the country (Summer and Fall) |
| 2017 | Point of Contact and lecturer for cadaver dog training seminar and research project collaboration with SIU's Department of Animal Science (April 25-26) |
| 2017 | Phase II excavation of a historic cemetery, East St. Louis, MO with the Center for Archaeological Investigations, SIU Carbondale, IL. (January 9-12) |
| 2015-2017 | Laboratory Manager and Research ssistant for the SIU Forensic Anthropology Lab |
| 2015 | Forensic Analysis for the Rock Island, IL Sherriff's Department |
| 2015 | Tell el Amarna, Egypt Bioarchaeological Field School |
| 2015 | Forensic search and recovery with for the Effingham County Sherriff's Department  (October) (monitoring and phase II excavation) |
| 2014 | Research Assistant for the SIU Forensic Anthropology Laboratory, Southern Illinois      University |
| 2014 | Forensic search, recovery, and analysis with the Jackson County, IL Sheriff's Office (Phase II excavation) |
| 2013-2017 | Data Collection, Research, and Maintenance at the Complex for Forensic Anthropology Research (CFAR), Southern Illinois University |
| 2013 excavation) | Forensic recovery and analyses with the Montana State Crime Lab (Phase II |
| 2012 | Internship at the Central Identification Laboratory for the Joint Pacific Accounting Command- ASCLD LAB certified |
| 2012 | Skelton, RR, **Spencer, JR,** and Best, KC. Faunal Case # 2012-Anth-4. For the Montana State Crime Lab. |
| 2012 | Kemp, WL, **Spencer, JR,** Best, KC, and Davidson, E.  Faunal Case # 2012-Anth-11. For the Montana State Crime Lab |
| 2008- 2010 | Internship at the Benton County (OR) Historical Society and Museum |
| 2009 | Historical Archaeology Field School, Fort Yamhill, Oregon |
| 2009 | Historical Archaeology Field School, Champeog State Park, Oregon |

2009        Paleocoastal Survey at Oregon State University

2009        Heppner Oregon Bottle Collection- Description and Dating Analysis

2008        Archaeological Tunnel/Warehouse Inventory Project

2008        NAGPRA Inventory, Analysis, and Repatriation


**Teaching Experience:**

Summer 2020    Virtual Archaeology Field Methods Course Design, Center for Archaeological Investigations Southern Illinois University

Spring 2019    Instructor for Undergraduate Individual Study teaching Osteology

Summer 2018    Field Director for the Archaeology Field School, Southern Illinois University

Summer 2017    Graduate Assistant for the Archaeology Field School, Southern Illinois University

Spring 2017    Instructor of Record for Introduction to Forensic Anthropology, Southern Illinois University

Spring 2016    Teaching Assistant for Introduction to Forensic Anthropology, Southern Illinois University

Fall 2016      Teaching Assistant for Osteology, Southern Illinois University

Spring 2015    Teaching Assistant for Introduction to Forensic Anthropology, Southern Illinois University

Spring 2014    Teaching Assistant for America's Diverse Cultures, Southern Illinois University

Fall 2013      Teaching Assistant for Human Experience: Introduction to Anthropology, Southern Illinois University

Fall 2012      Forensic Osteology Lab Assistant, University of Montana

Fall 2012      Human Osteology Lab Assistant, University of Montana

Spring 2012    Teaching Assistant for Native Peoples of Montana, University of Montana

Spring 2012    Teaching Assistant for Dental Anthropology, University of Montana

Fall 2011      Human Osteology Lab Assistant, University of Montana

Fall 2010      Teaching Assistant for Anthropology and the Human Experience, University of Montana

Fall 2010      Teaching Assistant for Intro to Physical Anthropology, University of Montana

Fall 2009      Human Osteology Lab Assistant, Oregon State University

## Academic Volunteer Work/Outreach:

| | |
|---|---|
| 2020 | Guest lecture for Trinity Christian School, Carbondale, IL. Lecture, demonstration, and activities to explore forensic anthropology and archaeology. |
| 2019/2020 | Volunteer presenter for Southern Illinois University Day: What Bones can tell us? (Spring 2019 and Spring 2020 semester) |
| 2017 | Judge for the Undergraduate Creative Activity and Research Forum, Southern Illinois University (Spring semester) |
| 2016/2017 | Guest lecture Johnston City High School: Introduction to Forensic Anthropology (Spring 2016, Fall 2016, and Spring 2017 semesters) |
| 2016/2017 | Guest lecture for Murphysboro High School Introduction to Forensic Anthropology (Spring 2016, Fall 2016, and Spring 2017 semesters) |
| 2014-2015 | President for the Anthropology Graduate Student Association, SIU |
| 2013 | Girl Scouts of America Crime Scene Investigation Camp (STEAM), Southern Illinois University |
| 2013 | Missoula Alternative High School Forensic Science Project, University of Montana |
| 2012 | Guest Lecture on Skeletal Biology and Forensic Anthropology for a Missoula, Montana High School Advanced Biology Class. |
| 2012-2013 | Historian for the Montana Anthropology Student Association |
| 2011-2012 | Treasurer for the Montana Anthropology Student Association |
| 2009 | Organized and Hosted the 62nd Annual Northwest Anthropological Conference - Oregon State University Anthropology Department |

## Advisors

PhD Advisor: Mark J Wagner, Southern Illinois University, Carbondale, IL
MA Advisor: Ashley H. McKeown, University of Montana, Missoula, MT
BS Advisor: Melissa Cheyney, Oregon State University, Corvallis, OR

## Special Skills:

Skeletal analysis, dental analysis, human osteology, vertebrate osteology, FORDISC, Past, SPSS, SAS, R, PastPerfect Museum Software, Microsoft Access, ParScore Scantron, and ASCLD/LAB and JPAC-CIL SOP trained and certified, archaeological excavation (phases I, II, III, and monitoring).

## Awards, Honors and Memberships:

Poster Runner Up: SIU Center for Undergraduate Research and Creative Activities Graduate
  Research Forum (2017)

Poster Winner :SIU Center for Undergraduate Research and Creative Activities Graduate
Research
  Forum (2016)

Midwest Bioarchaeology and Forensic Anthropology Association- Student Member (2013-
present)

Southern Illinois University Anthropology Graduate Student Association (2013-present)

American Academy of Forensic Sciences Student member (2011-present)

American Association of Physical Anthropologists –Student Member (2011-present)

Lambda Alpha Honor Society (Vice President 2013) (2012-present)

Golden Key International Honour Society (2012-present)

Member of America Association of Physical Anthropologists (2012-present)

Member of Plains Anthropological Society (2012-present)

Montana Anthropology Student Association (2010-2013)

MaryAnn Towey/Horner Museum Scholarship, $750 yearly (Sept 2008-Dec 2009)

Dean's List Oregon State University (2007-2009)

*Summa Cum Laude* Graduate Status Oregon State University (Dec 2009)

# Kaleigh Christine Best
## CURRICULUM VITAE

Southern Illinois University-Carbondale                    kaleigh.best@siu.edu
2800 W. Murphysboro Rd.                                      (+01) 406-781-9522
Carbondale, IL 62901

EDUCATION

2021 *expected* Ph.D. Biological Anthropology (current doctoral candidate, ABD) Southern
                Illinois University, Carbondale, IL
                Dissertation: "An Intra-Individual Geometric Morphometric Investigation into
                Sexual Trait Expression"

2015            M.S. Forensic and Biological Anthropology
                Mercyhurst University, Erie, PA
                Thesis: "An Investigation into the Relationship between Human Cranial and
                Pelvic Sexual Dimorphism"

2013            B.A. Anthropology (with a certificate in Forensic Studies) The University of
                Montana, Missoula, MT
                Honors Thesis: "Morphological Change in the Arikara Face Shape During the
                Prehistoric, Protohistoric, and Historic Periods"

2009            The University of Great Falls College of Technology (dual credit courses in high
                school)

Research Interests
Human variation, sexual dimorphism, forensic anthropology, bioarchaeology, geometric
morphometrics, environmental stress, and spatial analysis

Cemetery Specific Excavations
May 2020        Fountain Bluff, IL
                *Assist National Forest Service in Phase 1 survey and site monitoring of
                prehistoric cemeteries*

Sept 2019       Jackson County, IL
                *Locating and excavation of an individual from the Jackson County Poor Farm*

June 2015       Geneva, NY
                *Recovery of interred individuals at a former 18th century cemetery.*

Professional Experience
Fall 2018       Southern Illinois University
                *Part of forensic anthropology team, Jackson County, IL*

Summer 2017, TG&G Wildlife Consulting
2018            *Hired consultant in which assisted with necropsies and maceration.*

Summer 2017 Southern Illinois University
                *Part of forensic anthropology team, Jackson County, IL*

Oct 12, 2015  Southern Illinois University.
                *Lead forensic anthropologist, Effingham County, IL*

2013-2015    Mercyhurst University.
                *Involved in 23 total cases- 7 forensic archaeological recoveries, one case as
                assistant case manager, and three cases as case manager.*

Spring 2013   Internship at the Central Identification Laboratory for the Joint Pacific Accounting
                Command- ASCLD LAB certified
                *Responsibilities entailed organizing, database entry, research, maceration,
                assisting in biological profile and trauma analysis, photodocumentation, gopher
                (acquired documents in personnel to aid investigators) in ASCLD LAB inspection.*

2012          Skelton, R. R., Spencer, J.R, and Best, K.C. Faunal Case # 2012-Anth-4. For the
                Montana State Crime Lab.

2012          Kemp, W.L., Spencer, J.R., Best, K.C. and Davidson, E. Faunal Case # 2012-
                Anth-11.
                For the Montana State Crime Lab.

2012          McKeown, A.H., Best, K.C, Burgess, M. and Hamilton, P. Cahal Pech Plaza H,
                H1 Remains. For Dr. Jaime Awe, Belize Valley Archeological Reconnaissance
                Project, Director.
                *Osteoarchaeological analysis of Mayan elite burial: biological profile and
                detailed inventory/photodocumentation.*

Academic Experience
Summer 2020 Virtual Archaeology Field Methods Course Design, Center for Archaeological
                Investigations Southern Illinois University

Spring 2020   Instructor of Record, Southern Illinois University
                *Introduction to Anthropology: The Human Experience*

Fall 2019     Anthropology Departmental Student Administrative Assistant

Fall 2018     Instructor of Record, Southern Illinois University
                *Introduction to Anthropology: The Human Experience- online class*

Spring 2018   College of Liberal Arts Council Member, Southern Illinois University

2016-2019      Teaching Assistant, Southern Illinois University
*Human Experience (online and in-class), Introduction to Forensic Anthropology,*
*Introduction to Biological Anthropology (lab instructor)*

June 2015      Hired lecturer/assistant Mercyhurst University Short Courses Forensic
Archaeology, Forensic Osteology, Fatal Fire
*Lectured on Geospatial techniques, R8 surveyor, Total Station; mapping, bone*
*identification and fatal fire recovery.*

April 2015     Lecturer, Pennsylvania Coroners Course
*Lectured on Geospatial techniques, R8 surveyor, Total Station; mapping.*

2013-2015      Graduate Assistantship, Department of Applied Forensic Sciences Mercyhurst
University *Responsible for assisting in cases, help with managing collections,*
*prepping classes, editing research, assisting with classes and other department*
*needs.*

2013- 2015     Teaching Assistant, Mercyhurst University, Department of Applied Forensic
Sciences.
*Manage the course website, lecture, create and implement labs, and grade papers.*

2014           Partial Fellowship- Department of Applied Forensic Sciences, Mercyhurst
University (Summer).
*Helped with short courses, cases, and other tasks appointed by the department.*

June 2014      Assisted with Mercyhurst University Department of Applied Forensic Sciences
Short Courses: Forensic Archaeology, Laboratory Methods, and Mass Disasters
*Helped participants in post-bomb blast recovery and photodocumentation and*
*collection procedures during week-long short courses.*

July 2014      Assisted with Mercyhurst University Department of Applied Forensic Sciences
High School Forensic Sciences Camp
*Assisted with instruction in osteology, biological profile, and mapping techniques.*

2013-2014      Mercyhurst University Department of Applied Forensic Sciences Work Study
Manager *Responsible for assigning undergraduate work tasks, supervising their*
*duties, training in lab duties, holding meetings, scheduling tours, and turning in*
*their time sheets.*

2011-2012      Preceptor for the University of Montana, Department of Anthropology.
*Responsibilities included guest lecturing, holding lab hours, helping to manage*
*the course website and assisting in setting up exams.*

Peer-Reviewed Publications

Best, K.C. (2019). Book Review: Identified Skeletal Collections: The Testing Ground of Anthropology? Charlotte Yvette Henderson and Francisca Alves Cardoso, editors. *Midcontinental J of Archaeol*. 44.

Best, K.C., Garvin, H., and Cabo, L. (2017). An Investigation into the Relationship Between Human Cranial and Pelvic Sexual Dimorphism. *J Forensic Sci*. doi:10.1111/1556-4029.13669

Conference Presentations

Best KC, Spencer J, Cabrera KN, Schrenk A, and Watts S. 2020. An osteobiographical model of care: Case study of Carrier Mills, IL Individual 194. Poster presentation at the 89th Meeting of the American Association of Physical Anthropologists, Los Angeles, CA. April 15-18, 2020.
        *Posted online due to COVID-19 Pandemic.

Cabrera KN, Best KC, and Spencer J. 2019. Osteobiography of Care: Preliminary Case Study of Carrier Mills (11SA87) Individual 194. Podium presentation at the 26th Meeting of the Midwest Bioarcharchaeology and Forensic Anthropology Association, Allendale, MI. October 18-19, 2019.

Roberts L, Spencer J, Best K, and Dabbs G. 2017. A preliminary investigation into the effects of artificial on human decomposition. Poster presentation at the 2017 Graduate Creative Activity and Research Forum. Carbondale, IL. April 4, 2017.

Roberts L, Dabbs G, Spencer J, and Best K. 2017. A preliminary investigation into the effects of previous freezing on human decomposition. Poster presentation at the 69th Meeting of the American Academy of Forensic Sciences, New Orleans, LA. February 14-17 2017.

Best KC, Cabo-Perez L, and Garvin HM. 2016. A geometric morphometric comparison of within- individual levels of pelvic and cranial sexual dimorphism. Invited Poster symposium presentation at the 85th Meeting of the American Association of Physical Anthropologists, Atlanta, GA. April 13-16, 2016.

Best KC, Cabo-Perez L, and Garvin HM. 2016. A Geometric Morphometric Comparison of Pelvic and Cranial Sexual Dimorphism. Poster presentation at the 68th Meeting of the American Academy of Forensic Sciences, Las Vegas, NV. February 22-27, 2016.

Best KC, Cabo-Perez L, and Garvin HM. 2015. An Investigation into the Relationship between Human Cranial and Pelvic Sexual Dimorphism. Podium presentation at the 22nd Meeting of the Midwest Bioarcharchaeology and Forensic Anthropology Association, Chicago, IL. October 24, 2015.

Best, K.C., Ousley, S.D. and C. Wienker. 2015. Classification of a sample of Chinese males from Cuba Using Fordisc 3.1. Submitted for poster presentation at the 67th Meeting of the American Academy of Forensic Sciences, Orlando, FL. February 16-21.

Best, K.C., Ousley, S.D. and C. Wienker. 2014. Classification of a sample of Chinese males from Cuba Using Fordisc 3.1. Podium Presentation at the 21st Meeting of the Midwest Bioarchaeology and Forensic Anthropology Association, Grand Valley, MI. Oct 18, 2014.

Spencer, J.R., Huey, T.N, and Best, K.C. 2014. Decomposition in Western Montana: Defining Postmortem Changes in the Fall, Winter, and Spring. Presented at the 66th Annual American Academy of Forensic Sciences Meeting in Seattle, WA.

Best, KC. 2013. Morphological Change in Arikara Face Shape During the Prehistoric, Protohistoric, and Historic Periods. Podium Presentation at the 2013 University of Montana Conference for Undergraduate Research (presented April 12, 2013).

Spencer, J. R. and Best, K.C. 2012. Establishing Baseline Decomposition Rates of *Sus Scrofa* for the Missoula Valley. Presented at the 2012 meeting of the Northwest Anthropological Conference (presented March 15-17 2012).

Laboratory and Field Experience

| | |
|---|---|
| 2015- 2017 | Researcher at the Center for Forensic Anthropology Research, Southern Illinois University, Carbondale.<br>*Part of the team that provides daily data collection on human donors and maceration of subjects into the SIU skeletal collection.* |
| 2014- 2015 | Deputy Quality Assurance Director Mercyhurst Forensic Anthropology Laboratory. Dr. Heather Garvin Supervisor.<br>*Organizing and writing lab procedures, ensuring procedures are followed, equipment is calibrated and functioning properly, training individuals, and ensuring paperwork is up to date for all individuals.* |
| 2014- 2015 | Forensic Anthropologist Level 1-2 Mercyhurst University Forensic Anthropology Laboratory and Forensic Scene Recovery Team Member. Dr. Dennis Dirkmaat Supervisor.<br>*Employ forensic archaeological recovery techniques at crime scenes (mapping, electronic mapping, excavation, photography, osteological identification, and collection procedures). Conduct laboratory analyses involving biological profile estimation and trauma analysis.* |
| 2013-2015 | Vietzen Osteoarchaeological Collection- work with comingled fragmentary individuals, juvenile and adult.<br>*Auditing and organizing a comingled, fragmentary, osteoarchaeological collection consisting of juveniles and adults. Reconstructing and analyzing approximately 40 possible individuals.* |
| 2013- 2014 | Forensic Anthropologist Level 1-1 Mercyhurst University Forensic Anthropology Laboratory and Forensic Scene Recovery Team Member. Dr. Dennis Dirkmaat Supervisor. |

*Assist in employing forensic archaeological recovery techniques at crime scenes such as mapping, electronic mapping, excavation, photography, osteological identification, and collection procedures. Conduct laboratory analyses involving biological profile estimation and trauma analysis.*

Jan 2012          Belize Field School with Dr. John Douglas (UM), Linda Brown (UM) and Dr. Jaime Awe (BVAR). Plaza H of Cahal Pech in San Ignacio, Belize.
*Archaeological excavation of a Mayan Terminal classic period plaza and introduction in archaeological laboratory methods. Includes use of a total station.*

Fall 2012         Analysis of Skeletal Case #121108 of known individual for submission to the Forensic Data Bank. Dr. William Kemp. Montana State Crime Lab.
*Collected measurements for submission to the Forensic Data Bank.*

Academic Volunteer Work/Outreach

Jan 9, 2020       Trinity Christian School, 1218 W Freeman St, Carbondale, IL 62901
*Assisted with lecture/hands-on demonstration. What can bones tell us? Presented to 7/8th classes.*

Jan 2020          Assisted with curriculum development of Introduction of Anthropology class

Sept 18, 2019     Volunteer Presenter for Southern Illinois University Day.
*What Can Bones Tell Us?*

June 2019         Volunteer Excavator for the Center of Archaeological Investigations.

April 26, 2019    Volunteer Presenter for Southern Illinois University Day.
*What Can Bones Tell Us?*

Spring 2019       Assisted with curriculum development of Introduction to Biological Anthropology class

Fall 2018         Biological Anthropology Laboratory Organizer
*Re-organized the Biological Anthropology Laboratory; required knowledge of primate, human, and hominin skeletal remains.*

June 25-29, 2017  Volunteer Excavator for the Center for Archaeological Investigations.

April 3, 2017     Judge for 2017 Undergraduate Creative Activity and Research Forum (UCARF)

March 3, 2017     Murphysboro High School, 50 Blackwood Dr., Murphysboro, IL 62966
*Assisted with teaching a lecture to what bones can tell us as forensic anthropologists to High School Junior Health.*

April 6, 2016     Johnston City High School, 1500 Jefferson Ave, Johnston City, IL 62951

> *Assisted with teaching a lecture to what bones can tell us as forensic anthropologists to High School Medical Profession class sophomore- seniors.*

April 4, 2016   Judge for 2016 Undergraduate Creative Activity and Research Forum (UCARF)

April 4, 2016   Murphysboro High School, 50 Blackwood Dr., Murphysboro, IL 62966
> *Assisted with teaching a lecture to what bones can tell us as forensic anthropologists toHigh School Junior Health.*

June-July 2015 Teaching Assistant/ Prosector for Gross Human Anatomy, Dr. David Hyland. Department of Biology, Mercyhurst University
> *Assisted with prosecting four cadavers, instructing physician assistant students in anatomy, creating and grading exams.*

Nov. 14, 2014 Mercyhurst Preparatory School, 538 Grandview Blvd, Erie, PA 16504
> *Assisted in lecturing to High School Senior Anatomy class on the elements of forensic anthropology and elements of establishing a biological profile.*

Sept. 12, 2014 Gifted Students Consortium (4-6 grades), Cranberry Elementary School, 3 Education Drive, Seneca, PA 16435
> *Lecture to Cranberry area gifted school students on the elements of forensic anthropology/archaeology and on human vs non-human skeletal identification.*

Summer 2014 Camp Cadet: Indiana County, PA (August 7, 2014) and Camp Cadet: Cambria County, PA (August 1, 2014) - Special Agent Michael Hochrein, FBI (High School Forensic Science Camp)
> *Assisted in the Federal Bureau of Investigation's high school forensic camp, on forensic archaeological scene recovery, including mapping, use of the Total Station, fingerprint collection, blood detection, and trace evidence collection.*

Fall 2012   Guest Lecturer Big Sky High School, Anatomy Class, two sections. University of Montana
> *Assisted in lecturing on pathology in bones to two sections of high school students.*

Autumn 2010  Volunteer at SpectrUM Discovery Area.
> *This organization teaches science to children through a series of interactive activities.*

Honors and Awards
2020-2021       Dissertation Research Assistantship Award, Southern Illinois University

March 28, 2020 Invited presenter at Southern Illinois University 150th Anniversary Celebration Gala.
*Canceled due to COVID-19 Pandemic

| 2019-2021 | Vice President of the Southern Illinois University Scuba Diving Club |
|---|---|
| 2017 | 1st Runner-up in poster presentations, Business and Sciences, 2017 Graduate Creative Activity and Research Forum |
| 2015-2016 | Doctoral Fellow, Southern Illinois University |
| 2013 | University Scholar Distinction, University of Montana |
| 2013 | Highest Honors, University of Montana |
| 2012-2013 | President Lambda Alpha Honor Society, University of Montana |
| 2012-2013 | Co-President of Golden Key International Honour Society, University of Montana |
| 2012-2013 | Vice President Montana Anthropological Student Association, University of Montana |
| 2012-2013 | Mortarboard Alumni Committee Chair, University of Montana |
| 2011-2012 | Treasurer Golden Key International Honour Society, University of Montana |
| 2009-2013 | College of Arts and Science's Dean List, University of Montana |
| 2009-2013 | Recipient of the Fox Fund Scholarship, University of Montana |
| 2009-2013 | Recipient of the Governor's Post-Secondary Scholarship, University of Montana |

Professional Memberships

Scuba Divers International (2019- present)
Society for American Archaeology- Student Member (2019-present) Sigma Xi (2018- present)
Midwest Bioarchaeology and Forensic Anthropology Association- Student Member (2014-present) American Academy of Forensic Scientists- Physical Anthropology- Student Member (2013-present) American Association of Physical Anthropologists –Student Member (2012-present)
Golden Key International Honour Society-Student Member (2010-present) Alpha Lambda Delta Honor Society-Student Member (2010-present) Anthropology Graduate Student Association (2015-present)
Mortarboard Honor Society-Student Member (2012- 2013) Phi Kappa Phi Honor Society-Student Member (2012-2013) Davidson Honor College-Student Member (2011-2013)
Montana Anthropological Student Association- Student Member (2011-2013)

# APPENDIX B:
Burial Data Forms

ERG, LLC                                                                                    *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*

# BURIAL 1 (Mary A. Downs)

☆ Burial 1 was the north grave marked by williams foot stone - turned out to be mary.            P.1/3

## Burial Recovery Form

Site: 18AN 973 Downs Family [homestead + cemetery] Burial No. 1 (mary Downs) Date: 6-1-2020

Excavators: Jessi Spencer, Kaleigh Best Recorder(s): Jessi Spencer

Type of Level: X Natural ___ Arbitrary, Planned thickness: _____ Unit dimensions: _____

Opening Depth Below Datum: NW: Station [Total coffin] NE: TS SE: TS SW: TS Center 75 cmbs

Closing Depth Below Datum: NW: TS NE: TS SE: TS SW: TS Center 131 cmbs

Length of Burial: 2.22 m Width of Burial: 57 cm Depth of Burial: 131 cmbs

Grid Unit N: ___—___ E: ___—___ Unit datum location: no unit datum established on total station as no station map was done - Total station datum North of cemetery

Description of level and soil (color, soil type, inclusions): Station datum North of cemetery

Backhoe used until coffin wood exposed - no burial [area =] shafts were visible. The area was mostly sand (some areas of pebble concretions). Sand around the burial shafts was harder. The sand in the fill was more sandy with little clay & pebbles mixed in & was 10YR 6/6 Brownish yellow. The sterile sand around the coffin & below the coffin was very much like beach sand & was wet 10YR 6/8 Brownish yellow. Backhoe scrapped about 4 inches so depth measurements from the surface did not count the 4 inches already removed.

### Excavation Description:
The Backhoe cleared the whole area where the fence was. Then focused on the area between the headstone and foot stone. No burial shafts were visible so excavation continued until we saw wood. Then the area was hand troweled. The coffin was defined, measured, total stationed, photographed. Then the inside of coffin was excavated from foot up. All dirt was screened. Wood & coffin hardware collected in paper bags. All pieces of adipocere soaked sand collected & put in cardboard burial box. Bones recored, wood, glass, hardware all collected. The unit was excavated to sterile sand below - very wet yellow crystallized sand. - coffin ran east west - williams coffin was very close to mary.

### Mortuary Characteristics:
(Single)/multiple          - wood of coffin was very wet & fragile - disintegrated upon touch. color of wood 5YR 3/3 dark reddish brown
(In situ)/partial/no

### Mortuary Treatment/Body Placement
(Wood coffin)/metal coffin/ burial vault/no remaining coffin

wood coffin running west (head) east (foot). ☆ Her coffin was more square - hard to tell due to preservation. It seemed liked there was an outer box the coffin was placed in for burial, though preservation made it difficult to see. There was a thinner wood outline on the top of the coffin & wood on the outside of the handles. Recovered were 50+ nails & screws (square nails), Three ornate handles on each side of the coffin. - coffin had glass viewing plate from waist to head.

88

*ERG, LLC*                                                                                       *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                 *Field Completion Report*

P. 2/3

## Associated Cultural Materials/Grave Goods

Under the viewing glass her shirt/dress and bodice was preserved with 3 small white buttons in place. There was an axe metal name plate that said in cursive "Mary A. Downs Died 21 December 1875". Also found were 3 larger white buttons. No other clothing or objects were preserved.

## Position/Orientation in grave:

Prone /(supine)/ (extended) / flexed          Her head tipped to her right side laying on
Direction of head: __West__                      the right parietal. Her right hand was
                                                              resting over her sternum. Unclear the position of
                                                              her left arm - possibly resting between abdomen & pelvis
                                                              - one prolarge found in abdomen/pelvis area, lower legs bones
                                                              decomposed - most likely extended.

Documentation:  Sketch Maps: ____Profile ____Plan
                         Number of photographs: __a lot - Pictures__ taken by Dan, Will, and many
                         Other_____          more people who came & went

Notes:

*ERG, LLC*                                                                              *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*          *Field Completion Report*

P. 3/3

**Individual #:** Burial 1 - Mary Downs

**MNI:** 1

**Age:** from headstone 72          **Sex** Female          **Stature** small
                                    - gracile & very small
**% complete:** 5%                  mastoid - small femoral
                                              head

**Bone condition:** (Poor)   Fair   Good   Excellent

The bone was only preserved because of the glass viewing plate. Bone was wet & soft & looked like disintegrating wet wood. very fragile & mushy. Right femur was squished flat between the top & bottom of coffin wood - could just see yellow/light brownish line between wood.

**Pathology/trauma**   Preservation too poor to tell

____ Fracture/trauma          ____ porotic hyperostosis     Other_____
____ Schmorl's Node           ____ LEH
____ DJD (spinal/non-spinal)  ____ AMTL
____ periostitis              ____ carious lesions
____ cribra orbitalia         ____ dental abscess

**Notes:** Bones found - Right glenoid fossa of scapula, Right phalanges (over chest), left? 1st rib, Right humeral shaft, Right femoral head & neck. The cranium was fragile with occiptal, left parietal, part of frontal present - nothing on Right side or face was preserved - Just vault.

There was a lot of adipocere & sandy chunks we collected as loose remains.

All biological material, wood, coffin hardware, & personal items collected.

- The large rough box was brought out but too big, all material was placed into 3 cardboard burial boxes for reinterment.

*ERG, LLC*                                                                                                                              *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                                     *Field Completion Report*

## BURIAL 2 (William Downs)

Burial 2 was the south grave marked by Mary's foot stone - turned out to    Pg 1:
be William.

### Burial Recovery Form

Site: 18AN 973 Downs Family ___ Burial No. 2 ___ Date: 6-2-2020
homestead and Cemetery

Excavators: Kaleigh, Reed, Jessi Spencer  Recorder(s): Jessi Spencer ___

Type of Level: X Natural ___ Arbitrary, Planned thickness: ___ Unit dimensions: ___
         coffin
Opening Depth Below Datum: NW: total station NE: TS SE: TS SW: TS Center 108.5 cmbs
         coffin
Closing Depth Below Datum: NW: total station NE: TS SE: TS SW: TS center 137 cmbs
                                                                       Head - 63.0 cm
Length of Burial: 2.06 m  Width of Burial: foot - 57 cm  Depth of Burial: 135 cmbs

Grid Unit N: ___ total station E: ___ Unit datum location: no datum established for unit - no
                                                               stratum map - site Total station unit north of
**Description of level and soil (color, soil type, inclusions):** cemetery.

Burial 2 did not have an outer box so the top of the coffin was deeper down than Burial 1.
The soil matrix was the same - no burial shafts were visible but there was a difference in the consistency
of fill & non fill. Sand around the coffin/border except to the south of the coffin, it was the sterile wet sand
10YR 6/8 brownish yellow. The fill was a mix of sand little clay & pebbles 10YR 5/6 yellowish brown. Backhoe scraped
about 4 inches of ground surface before excavation so depth measurements from the surface did not count the 4 inches
already removed.

**Excavation Description:**
The backhoe was used the day before when the first burial was found. It was noticed that the
area next (to the south) of it was soft and had a spot that could be wood. The first day the area
was investigated and the second coffin was found with different hardware (a coffin screw popped up).
The Backhoe widened our work area and took down the berm between to two burials that we used
to sit on to excavate Burial 1. The coffin was pedestaled, measured, total stationed, photographed. It also
excavated from the foot up. It also had a glass viewing plate that preserved upper bones. All dirt was
screened. All materials (wood, hardware, cotton, shoe rivet, bones) were collected & placed in burial box.

**Mortuary Characteristics:**
(Single)/multiple              - wood of coffin was better preserved than burial 1 and the
(In situ)/partial/no           fragments were a little larger but it was still soft and disintegrating,
                               color of wood 5YR 3/3 dark reddish brown.
**Mortuary Treatment/Body Placement**
(Wood coffin)/metal coffin/ burial vault/no remaining coffin - coffin running west (head) to east (feet)
There was no outer box for this burial just the coffin, wood was in better condition, yet still fragile to touch. We
were able to pedestal the coffin so all outer edges were exposed along with all the handles. very elaborate
coffin with fancy hardware. There were 3 handles per side with utilitarian handles on each corner
to better carry the coffin (n=4) with a total of 10 handles. There was a glass viewing plate - see note
section for measurements. Recovered 75+ nails and screws for this coffin.
★ coffin was hexigonal! Tapered at the feet. - see notes for measurement

91

*ERG, LLC*                                                                                                          *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                          *Field Completion Report*

pg. 2/3

<u>Associated Cultural Materials/Grave Goods</u>

There was one metal shoe eyelet found in foot area of coffin. There was also a metal name plate recovered - it was fragmentary & couldn't be read. The viewing plate preserved most of the upper body. Two small white button found on chest area and one larger button located in the left elbow joint.

<u>Position/Orientation in grave:</u>

Prone/(supine)/(extended)/flexed
Direction of head: _West_

lower body decomposed. upper body supine with left arm extended & possibly hand on pelvis area?
There was a slight angle in left elbow but not sure if it was from postmortem movement.
- Skull tipped to left side.

<u>Documentation:</u>   Sketch Maps:_____Profile_____Plan
Number of photographs: _a lot of pictures taken by Dan, Will, & others_
Other_____ who come in & out of site

<u>Notes:</u>

glass viewing plate



Hexigonal coffin

*ERG, LLC*                                                                      *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*                  *Field Completion Report*

pg. 3/3

**Individual #:** Burial 2 - William Downs

**MNI:** 1

**Age:** from head stone
91

**Sex** male
very robust, large
glabella, humoral head
larger mastoid process

**Stature** hard to tell
only long bone was fractured
Left humerus

**% complete:** 10 %

**Bone condition:** (Poor)  Fair  Good  Excellent

The bone was soft, mushy & fragile - the condition was poor but better than
burial 1. mandible & parts of the cranium were in fair condition. Bone below (inferiorly)
viewing plate was gone.

**Pathology/trauma**

X Fracture/trauma   humeral shaft
___ Schmorl's Node
Left Shoulder Joint   X DJD (spinal/(non-spinal))
___ periostitis
___ cribra orbitalia

___ porotic hyperostosis
___ LEH
X AMTL
X carious lesions
___ dental abscess

Other  fused  C 6 & C 7

**Notes:** Cranium was laying on the left side with the left condyle of the mandible
articulated & the right condyle resting on the midline of the maxilla. Facial bones mushy
intact. Maxilla is edentulous & the mandible has AMTL except the two canines. Both mandibular
canines are very worn with all of dentin exposed with a slight ring of enamel. Both have
carious lesions along labial CEJ. All of left humerus is present with a healing fracture
just distal to the head, there is some active infected bone present. The left ulna to almost midshaft
is also preserved. Also present are: a robust triradd (solid) manubrium, C1-C7, T1, left
glenoid fossa & a little of the body of the scapula, left clavicle, left horn of the hyoid, left rib 1,
left Rib 2, & a few other rib body fragments.

93

**THIS PAGE LEFT BLANK INTENTIONALLY.**

# APPENDIX C:
Artifact Catalog

*ERG, LLC*                                                          *July 2020*
*East Campus Grave Relocation, Fort G. George Meade, Maryland*      *Field Completion Report*

**Artifact Catalog**

| | Burial 1 (Mary A. Downs) | Burial 2 (William Downs) |
|---|---|---|
| Nails/screws/plates | 50+ | 75+ |
| Glass Viewing Plate | 1 | 1 |
| Name Plate | 1 | 1 |
| Buttons | 6 | 3 |
| Clothing Fabric | various | 0 |
| Wood | various | various |
| Handles | 6 | 10 |
| Shoelace eyelet | 0 | 1 |
| Caplifters | 0 | various |
| Human Remains | - glenoid fossa of right scapula<br>- right phalanges<br>- left phalanx<br>- left first rib<br>- right humoral shaft<br>- head and neck of right femur<br>- acetabulum of the right os coxa<br>- remaining portion of right femur<br>- partial cranial vault (occipital, left parietal, and partial frontal) | - cranium (less the right side of vault)<br>- maxilla (edentulous)<br>- mandible (2 teeth remain, canines, remainder of mandible antemortem loss)<br>- cervical vertebra 1-7<br>- thoracic vertebra 1<br>- greater horn of the left hyoid<br>- left first rib<br>- fragments of left ribs 2-4<br>- acromion process of right scapula<br>- left clavicle<br>- manubrium<br>- glenoid fossa and majority of left scapular body<br>- left humerus<br>- fragment of left ulna |