**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

**United States of America** *

**v.** *

**Not Less Than One Half Acre of Land, Situate in Anne Arundel County, State of Maryland, et al** * **Civil Case No.: 1:20-cv-00296-ELH**

*

******

**ORDER**

And now, upon consideration of the Court's Order of February 27, 2020, ordering Plaintiff to deposit $1.00 into the registry of the Court, to which Plaintiff has complied, and the Court having entered a Final Judgment on July 1, 2021, IT IS ORDERED that $1.00 plus any accrued interest be returned to Plaintiff.

June 12, 2026
Date

Ellen L. Hollander
United States District Judge